## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VICTORIA ALEXIS SIMS,

     Plaintiff,

v.

                               CASE No.: 8:25-CV-2451

TARGET CORPORATION,

     Defendant.

_____

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Target Corporation, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, removes this action from the Circuit Court of the Fifth Judicial Circuit, in and for Hernando County, Florida, where the action is now pending, to the United States District Court for the Middle District of Florida, Tampa Division. Removal of this action is based on the following:

## I.  PROCEDURAL HISTORY & FEDERAL QUESTION JURISDICTION

1. On or about August 11, 2025, Plaintiff Victoria Alexis Sims ("Plaintiff"), commenced a civil action by filing a Complaint in the Circuit Court of the 5th Judicial Circuit in and for Hernando County, Florida, entitled *Victoria Alexis Sims v. Target Corporation*, designated Case No. 2025-CA-794 (the "State Court Action").

2. Plaintiff's Complaint purports to allege the following causes of action against Defendant: Pregnancy Discrimination in violation of the Pregnancy Discrimination Act, 42 U.S.C. § 2000e(k) ("PDA"); Retaliation in violation of the

Florida Whistleblower Act, Fla. Stat. § 448.102; Retaliation in violation of the Family and Medical Leave Act (FMLA), 29 U.S.C. § 2601 *et seq.*;   Disability discrimination in violation of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 *et seq.*[1]    *See* Paras. 4, 6 of Plaintiff's Complaint.

3.     Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint as well as true and legible copies of all other papers on file in the State Court Action, are attached hereto as **Exhibit "A."** [2]

4.     On August 22, 2025, Defendant was served with the State Court Action. This constituted Defendant's first notice of the State Court Action for purposes of removal. Therefore, this Notice is timely under 28 U.S.C. § 1446(b) (*i.e.*, within 30 days from the date Defendant received notice of the State Court Action).

5.     Defendant has not yet filed a response to the Complaint and will do so in the United States District court for the Middle District of Florida following removal.

---

[1] Plaintiff also appears to assert claims based on alleged violations of internal Target policies. These allegations do not constitute legally cognizable causes of action under Florida or federal law and appear to be factual assertions in support of her other claims.   Regardless, because these purported claims arise from the same set of facts as her claims arising under federal law, they are properly removed under 28 U.S.C. § 1367(a).

[2] Plaintiff's original state court Complaint attached exhibits that contain her own medical and other Personal Identifiable Information.   Defendant is obligated to file the Complaint's attachments pursuant to 28 U.S.C. § 1446(a) but is redacting Plaintiff's private information in accordance with the federal and local rules of procedure.

## II.    <u>VENUE</u>

6.    Venue is proper in this Court under 28 U.S.C. § 1391(b). The United States District Court for the Middle District of Florida, Tampa Division, includes the Fifth Judicial Circuit in and for Hernando County, Florida, which is the judicial circuit in which Plaintiff filed her Complaint. *See* 28 U.S.C. §§ 89(b), 1441(a).

## III.    <u>FEDERAL QUESTION</u>

7.    This case is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and it is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441(a) based upon the Court's federal question jurisdiction. Specifically, the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*; the Family and Medical Leave, 29 U.S.C. § 2601 *et seq.*; and the Pregnancy Discrimination Act (PDA), 42 U.S.C. § 2000e(k).

## IV.    <u>SUPPLEMENTAL JURISDICTION</u>

8.    This Court also has supplemental jurisdiction over Plaintiff's state law claim under the Florida Whistleblower Act, Fla. Stat. § 448.102.  *See* 28 U.S. Code § 1367(a). Plaintiff's state and federal law claims arise from the same set of facts and allegations (her alleged termination from employment) such that they form part of the same case or controversy. Indeed, as evidenced by the Complaint, Plaintiff's Whistleblower Act claims rely upon the same allegations as her federal law claims. *See generally*, Plaintiff's Complaint at **Exhibit "A."**

## V.    <u>NOTICE AND TIMELINESS</u>

9.    Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide

written notice of this removal to Plaintiff and will file a copy of this Notice of Removal in the State Court Action. A copy of the Notice of Filing Notice of Removal (without exhibits) is attached hereto as **Exhibit "B."**

10.    As set forth above, this Notice of Removal is filed within 30 days of Defendants' receipt of the Complaint through service and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

11.    The required filing fee and an executed civil cover sheet accompany this Notice.

WHEREFORE, Defendant Target Corporation, respectfully removes this action, pending in the Fifth Judicial Circuit Court of Hernando County, Florida, to the United States District Court in the Middle District Court of Florida, Tampa Division, and requests this Court assume full jurisdiction over the matter as provided by law and permit this action to proceed before it.

Dated: September 11, 2025.                    Respectfully submitted,

                                              **LITTLER MENDELSON P.C.**

                                              */s/ Jessica T. Travers*
                                              Jessica T. Travers
                                              Florida Bar Number 018129
                                              E-mail: jtravers@littler.com
                                              Justin O. Scott
                                              Florida Bar Number 1015628
                                              Email: juscott@littler.com
                                              111 North Orange Avenue, Suite 1750
                                              Orlando, FL 32801.2366
                                              Telephone: 407.393.2900
                                              Facsimile: 407.393.2929

                                              *Attorneys for Defendant,*
                                              *Target Corporation*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that, on this 11th day of September, 2025, a copy of the foregoing was served via U.S. Mail and email to:

Victoria Alexis Sims, Pro Se
11238 Roland Street
Spring Hill, FL 34609
Victoriaalexis1208@yahoo.com

                                              */s/ Jessica T. Travers*
                                              Jessica T. Travers

5