# EXHIBIT A

# IN THE COUNTY COURT OF THE FIFTH JUDICIAL CIRCUIT
# IN AND FOR HERNANDO COUNTY, FLORIDA

Case No.: 2025-CA-794

Division: Civil

**VICTORIA ALEXIS SIMS**

Plaintiff,

v.

TARGET CORPORATION,

Defendant.

DATE: 8/22/25
HOUR: 1200
DEPUTY: N.O 17266

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on the Defendant:

Target Corporation – Store #2489
c/o CT Corporation System (Registered Agent)
1200 South Pine Island Road
Plantation, FL 33324

Each Defendant is required to serve written defenses to the complaint on:

Victoria Alexis Sims
11238 Roland Street
Spring Hill, FL 34609
Phone: (813) 580-9056
Email: victoriaalexis1208@yahoo.com

within 20 days after service of this summons upon you, exclusive of the day of service, and

2025 AUG 11  PM 1: 31

to file the original of the defenses with the Clerk of this Court either before service on Plaintiff or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint.

DATED on 8/11/25

Clerk of the Court
Hernando County Clerk of Court
20 N. Main Street
Brooksville, FL 34601

By:

As Deputy Clerk

# **Final Legal Complaint – Victoria Sims vs. Target Corporation (With Full Violations)

IN THE COUNTY COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR HERNANDO COUNTY, FLORIDA

25-CA-794

**Plaintiff**: Victoria Alexis Sims

11238 Roland St

Spring Hill, FL 34609

**Defendant**: Target Corporation, Store #2489

CT Corporation System (Registered Agent)

1200 South Pine Island Road

Plantation, FL 33324

DATE: 8/22/25
HOUR: 1200
DEPUTY: N.O 17284

**Division**: Civil

**Parties Involved**

Plaintiff: Victoria Alexis Sims

11238 Roland Street Spring Hill, FL

34609 V.

Defendant: Target Corporation, Store #2489

CT Corporation System (Registered Agent) 1200 South Pine Island Road Plantation, FL 33324

2. Background & Timeline of Events


2025 AUG 11 PM 1:31
FILED FOR RECORD
CLERK OF COURT
HERNANDO COUNTY, FL

-October 2022: Plaintiff experienced unwanted touching by Team Lead Mark

–October 2022:

Plaintiff reported the incident to ETL Karen Phillippy & the Team Member Hotline after Karen asked, "What did I want her to do, fire him?"

-October 2022: Plaintiff was scheduled to work in the harasser's department, having direct contact with him, becoming very upset and overwhelmed. Plaintiff was in the bathroom most of the shift, throwing up and unable to complete assigned work. Not knowing at the time, Plaintiff was already 6 weeks pregnant.

-October 26 – November 15, 2022: Negligence by ETL HR Karen Phillippy placed Plaintiff on an "EMPLOYEE HEALTH CONDITION" I never consented to this at all nor did I have any health condition at the time.

-March 7 2023: Plaintiff was 7 months pregnant, diagnosed with Hyperemesis Gravidarum, from early on within the pregnancy and notified HR (Karen Phillippy), following her sending me an email saying I needed to contact her asap and advised the next steps, which Plaintiff followed, including submission of FMLA paperwork.

Week of March 16, 2023: Plaintiff's OBGYN submitted FMLA paperwork requesting leave from childbirth through August 20, 2023.

- April 3, 2023: Target terminated Plaintiff internally without reinstatement (8 months pregnant) after FMLA paperwork submission.

- May 21, 2023: Plaintiff gave birth and was never placed on formal maternity leave.

- August 7, 2025 – 4:51 pm: Plaintiff spoke to Target Relations Rep (Zahar McDowell) for 56 minutes regarding why Plaintiff was placed on the leaves, reviewing notes and matching dates to received emails.

- August 11, 2025 10:26 My employee file was emailed to me from target leave and disability team where it shows this non-consensual leave filed on my behalf. I NEVER HAD A MEDICAL, HEALTH OR ISSUE. FMLA AND STD LEAVES are required by law to obtain paper work filed by a health care provider knowing I had none she acted in a way where I BELIEVE is was retaliation, Aware that this would automatically get me terminated when no documentation was produced. This demonstrates a false leave submission

3. **Target Policy Violations**

Target violated internal harassment and leave policies by retaining the harasser, failing to investigate properly, and denying Plaintiff's accommodations.

4. **Statutes Violated**

Florida Statute § 760.10 – Unlawful Employment Practices (Pregnancy Discrimination) - Florida Statute § 448.102 – Private Sector Whistleblower Protections - Family and Medical Leave Act (FMLA) – 29 U.S.C. § 2601 et seq.- Americans with Disabilities Act (ADA) – 42 U.S.C.
§ 12101 et seq. - Pregnancy Discrimination Act – 42 U.S.C. § 2000e(k)

5. **Additional Context & Emotional Harm**

Plaintiff was emotionally and physically harmed, clinically diagnosed with postpartum depression, and denied maternity recovery time. As a direct hardship caused by Target Corporation, Plaintiff was unable to meet financial obligations, leading to a lawsuit filed by Capital One N.A. (successor to Discover Bank) for $9,000. This debt was previously managed and paid regularly until Plaintiff's wrongful termination. The lawsuit is publicly viewable in Hernando County Clerk of Court records, causing immense embarrassment and supporting the **$60,000** damages claim.

Plaintiff has also witnessed other co-workers with less tenure advance within Target, opportunities that would have been available to her had she not been unlawfully removed. This loss of career growth is a continuing harm.

- Persistent anxiety, fear, and humiliation after reporting harassment ( From Target Corp)


- Sleep disruption, loss of appetite, and physical weakness due to the stress of financial instability. (Caused By Defendants Action)

6. **Violations Committed by Defendants**

- Discrimination on the basis of pregnancy in violation of the Pregnancy Discrimination Act and Florida Statute § 760.10.
- Retaliation for reporting workplace harassment in violation of Florida Statute § 448.102 (Private Sector Whistleblower Act).
- Wrongful termination during pregnancy, while Plaintiff was on or requesting protected leave under the FMLA.
- Failure to provide reasonable accommodations for a documented medical condition in violation of the ADA and related state protections.

- Failure to engage in the interactive process required by the ADA to determine reasonable accommodations.
- Violation of internal Target harassment and leave policies by retaining the harasser, failing to investigate the incident properly, and denying Plaintiff's rights under company policy.
- Policy enforcement failures and surveillance gaps, including the claim that no relevant camera footage existed to support Plaintiff's harassment complaint.

## 7. Damages Sought

Plaintiff seeks **$60,000** in compensatory and punitive damages, representing lost wages, lost benefits, emotional distress, medical hardship, career loss, and financial ruin.

## 8. Denial of Postpartum Maternity Leave and Premature Termination

Plaintiff gave birth on May 21, 2023. Target failed to provide any formal maternity leave or postpartum recovery time, terminating her on April 3, 2023. An email from Target's leave team requesting paperwork (claimed never received) was submitted and denied.

## 9. Policy Enforcement Failure and Surveillance Gap

Target violated its zero-tolerance harassment policy and claimed no camera footage was available at the scene.

## 10. Pregnancy Discrimination

Plaintiff was clinically diagnosed with Hyperemesis Gravidarum early in her pregnancy and was visibly pregnant by March 2023. Despite notifying Target Corporation of her condition and requesting medical leave, she was denied accommodations or protected time. Despite notes claiming Target contacted Plaintiff, she only ever received certain emails and never received other paperwork for a leave. When Plaintiff received these emails, she immediately called Karen Phillippy, and those calls are on Target's recorded lines.

## 11. Conclusion

Plaintiff respectfully asks the Court to award **$60,000** in damages or a just amount based on Target Corporation's clear failure to protect, accommodate, and lawfully manage her pregnancy, medical, and employment rights.

Victoria Sims
8-11-2025

*Florida Civil Cover Sheet (Form 1.997)*

**I. Case Style:**

IN THE COUNTY COURT OF THE FIFTH JUDICIAL
CIRCUIT IN AND FOR HERNANDO COUNTY, FLORIDA

**Plaintiff**: Victoria Alexis Sims
**Defendant**: Target Corporation c/o CT Corporation System (Registered Agent)
Case Number: 2025-CA-794

**II. Type of Case:**

■ Civil – Employment Discrimination / Wrongful Termination

**III. Amount of Claim:**

■ Amount exceeding $30,000 (Claiming $60,000 in damages)

**IV. Parties:**

**Plaintiff**:
Victoria Alexis Sims
11238 Roland Street
Spring Hill, FL 34609
Phone: (813) 580-9056
Email: victoriaalexis1208@yahoo.com

**Defendant**: Target
Corporation
c/o CT Corporation System (Registered Agent)
1200 South Pine Island Road
Plantation, FL 33324

**V. Attorney:**

Plaintiff is self-represented (pro se)

**VI. Signature:**

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of
my knowledge and belief.

Victoria Alexis Sims
Date: 8-11-2025

FILED FOR RECORD
DOUG CHORVAT CLERK
HERNANDO COUNTY, FL
2025 AUG 11 PM 1:31

25-CA-744

# **EXHIBIT A**

Email confirming
paper work was faxed
$\dfrac{?}{.}$ The paper
work Signed
by my Dr./Oogyn
Target Corp. Work place Policy
Violation $\dfrac{?}{.}$ Evidence.

FILED AND RECORDED
CLERK OF CIRCUIT COURT
HILLSBOROUGH COUNTY, FL
2025 AUG 11 PM 1:31

10 pages

paper
work
they said
was never
~~received~~
received



## CERTIFICATION OF HEALTH CARE PROVIDER FOR MEDICAL LEAVE
### Family and Medical Leave Act of 1993 ("FMLA")

**Employee's Statement: To be completed by EMPLOYEE**

The FMLA requires that you submit a timely, complete, and sufficient medical certification to support a request for FMLA due to your or your covered family member's serious health condition.
**Failure to submit a timely, complete, and sufficient medical certification may result in a delay or denial of your leave request.**

Employee Name: Victoria Alexis Sims          Employer Name: Target

Employee ID No. (NOT SSN) ▮▮▮▮▮          Work Location _____   Date of Birth: ▮▮▮▮▮

Employee's current work schedule:

| Day: | M | T | W | Th | F | Sa | Su |
|------|---|---|---|----|---|----|----|
| Hours |  |  |  |  |  |  |  |

Total average hours worked per week: **34**   If irregular schedule, please describe: _____

Please specify the period of time during which you are requiring any sort of leave: From: **3 / 16 / 23** through **8 / 20 / 23**
Will you require intermittent leave? ☒ Yes ☐ No | Anticipated Return to Work Date: **8 / 21 / 23**

**Part A - Reason for Leave (choose one from numbers 1-4):**

1. ☑ Your own health condition preventing you from performing the essential functions of your job and/or daily living
2. ☑ Your Own Pregnancy:
   a. Estimated date of delivery: **6 / 21 / 23** Actual delivery date ___ / ___ / ___
3. ☑ Bonding with a new child in your home:
   a. Natural Child Date of Birth ___ / ___ / ___
   b. Adopted Child Date of Birth ___ / ___ / ___   Date of Adoption ___ / ___ / ___
   c. Foster Child Date of Birth ___ / ___ / ___   Date of Placement ___ / ___ / ___
      *If requesting a leave for bonding, the Health Care Provider Statement is NOT required. Return the signed form along with proof of birth, adoption or foster placement to* Target Leave and Disability Team
4. ☐ To care for family member with a serious health condition:
   Family Member Name_____ | Relationship: ☐ Child ☐ Parent ☐ Spouse ☐ Other
   a. If Other, please describe relationship (additional relationships and/or domestic partner may not be covered by FMLA but may qualify under state laws and/or Company Policy) _____
   b. If caring for a child, give Date of Birth : ___ / ___ / ___
   c. What care will you be providing the family member: _____

**Part B - Employee Acknowledgement:** By placing my signature below I acknowledge and certify that:
- All information contained herein is true and correct.
- I have not made and will not make alterations to the Health Care Provider's Statement.
- I understand that it is my responsibility to return this completed Statement with the Health Care Provider's Statement ("Certification") and any clarifying, missing, or incomplete information later requested within the specified timelines to Target Leave and Disability Team
- I understand failure to provide a timely, complete, and sufficient Certification may result in a denial of my FMLA request.

**IMPORTANT NOTICE:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, **we are asking that you not provide any Genetic Information** when responding to this request for medical information, unless, with respect to leave to care for a family member with a serious health condition, failure to provide the information will result in an incomplete or insufficient certification. "Genetic Information", as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Employee's Signature: *Victoria Sims*          Date: **3-16-2023**

Target Leave and Disability Team
P.O. Box 6278                              LeaveID: 347938246263
                                           Fax: (847) 554-1660

**Health Care Provider Statement: To be Completed by Health Care Provider**

Employee Name: Victoria Alexis Sims                    Employer Name: Target

Patient Name (if different from Employee): _____

**IMPORTANT NOTICE TO PROVIDER:** This employee has requested leave either for his/her own serious health condition or to care for a family member with a serious health condition. **A COMPLETED FORM is necessary to determine whether the employee's requested time off is available and protected by the FMLA and/or applicable state laws.**

---

**IMPORTANT NOTICE:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, **we are asking that you not provide any Genetic Information** when responding to this request for medical information, unless, with respect to leave to care for a family member with a serious health condition, failure to provide the information will result in an incomplete or insufficient certification. **"Genetic information"**, as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

---

**Part A – Medical Facts:**

1.    The patient's condition meets the following factor(s) (necessary to determine whether the condition meets the definition of a "Serious Health Condition" as defined in the FMLA). Complete all that apply:

   a.    ☒ Inpatient Care (overnight stay) in hospital, hospice or residential medical care facility:
         Date of Admission ___ / ___ /___      Date of Discharge: ___ / ___ /___
         *TBD pending delivery*

   b.    ☒ Pregnancy:
         i.     Are there complications? ☒ Yes ☐ No
         ii.    If yes, describe the complications. (Do not answer without patient consent in CA, ME, or RI): *Hx of*
                *pre-term labor, pain with physical exertion.*
                *Note: Documentation of complications may be required to substantiate incapacity time prior to delivery*
         iii.   Estimated Date of Delivery 10 / 21 / 23
         iv.    Actual Delivery Date ___ / ___ /___

   c.    Incapacity Plus Treatment:
         The patient's period of incapacity has or will exceed three (3) days AND the patient meets one of the following criteria:
         i.     ☒ The patient will require more than two (2) office visits within thirty (30) days of the first day of incapacity;
         **OR**
         ii.    ☐ One (1) office visit resulting in a regimen of continuing treatment (*e.g.*, continuing treatment under the supervision of a physician, nurse, or physician's assistant or by health care provider's referral to a provider of health care services, such as a physical therapist).
         *Note: One in-person office visit is required within 7 days of the first date of incapacity*

   d.    ☐ Chronic Condition: requires at least 2 visits per year for treatment by a health care provider, continues over an extended period of time and may cause episodic rather than a continuing period of incapacity (*e.g.*, asthma, diabetes, epilepsy, etc.)

   e.    ☐ Permanent Long Term Condition: may not require treatment, but requires the supervision of a health care provider (such as Alzheimer's Disease, terminal illness, severe stroke).

   f.    ☐ Conditions Requiring Multiple Treatments: period of absence to receive multiple treatments and to recover from treatments either for: a condition that would likely result in a period of incapacity for more than 3 days in the absence of medical intervention or treatment (such as chemotherapy for cancer, dialysis for kidney disease, or physical therapy for severe arthritis); **OR** restorative surgery after an accident or injury.

   g.    ☐ None of the above.

Target Leave and Disability Team

P.O. Box 6278                                    LeaveID: 347938246263

Broomfield        CO        80021               Fax:    (847) 554-1660

2. If the employee is requesting leave for his/her own health condition, at the time of any needed absence from work, is he/she unable to perform any of his/her essential job duties due to this condition? ☒ Yes ☐ No

   a. If yes, identify the essential job duties the employee is unable to perform: All job duties ONLY when experiencing below complications

3. Note: Health Care Provider *must* complete this section: Provide the medical facts that support the identification of this condition as a "Serious Health Condition" for which the patient needs FMLA leave from work (may include diagnosis, symptoms, treatment or supervision, surgery, hospitalization, etc.) and the treatment or symptoms of this condition that prevent the employee from performing his/her essential job duties.
   **(Do not provide medical facts without patient consent in CA, ME or RI. Do not provide diagnosis without patient consent in CA, CT, ME, or RL):**

   History of pre-term labor, pain upon physical exertion

   Optional: Please list the ICD code(s) **(Do not complete without patient consent in CA, CT, ME, or RI):** _____

4. Note: Health Care Provider *must* complete this section if the employee is requesting leave to care for a family member. Please describe what care the patient needs from the employee and why such care is medically necessary:

5. a. What is the approximate date the condition commenced? 8|26|22

   b. When was the first time you treated the patient for this condition? 2|20|23

   c. When was the most recent date you treated the patient for this condition? 3|28|23

   d. When is the patient's next scheduled appointment? 3|28|23

   e. What is the probable duration of this condition (Please provide your best estimate; "unknown" or "indeterminate" may not be sufficient to determine FMLA coverage)? 41 weeks

**Part B – Treatment Needed:**

1. Is medication prescribed for this condition (other than over-the-counter medication)? ☐ Yes ☒ No

2. Was the patient referred to other health care provider(s) for evaluation or treatment? ☐ Yes ☒ No

3. Name and contact information of the health care provider to whom patient was referred: _____

4. Specialty of health care provider to whom patient was referred (Do not provide specialty without patient consent in CA, CT, ME, or RI): _____

**Target Leave and Disability Team**

P.O. Box 6278

Broomfield        CO        80021

LeaveID: 347938246263

Fax:        (847) 554-1660

**Part C – Amount of Leave Needed (more than one leave type may be selected):**

Fill in the corresponding section indicating the type of leave(s) your patient's serious health condition requires. Enter the START and END dates of the appropriate type(s) of FMLA leave in the sections below.

For the frequency or duration of the patient's condition or treatment, please provide your best estimate based upon your medical knowledge, experience and examination of the patient. **Terms such as "unknown" or "indeterminate" may not be sufficient to determine FMLA coverage.**

1. ☑ **CONTINUOUS LEAVE:**
Will the employee be incapacitated for a single continuous period of time due to his/her medical condition? (Yes/No) _Yes_
If yes, please complete the following:

   a. Start date of leave: _6/2/23_    End date of leave: _8/20/23_

2. ☐ **REDUCED LEAVE:**
Is it is medically necessary for the employee to reduce the number of hours of the employee's daily or weekly work schedule? (Yes/No) _____
If yes, please complete the following:

   a. Start date of leave: ___ / ___ / ___   End date of leave: ___ / ___ / ___

   b. Reduced Schedule: ___ days per week ___ hours per day and/or week

3. ☑ **INTERMITTENT LEAVE:**
Is it medically necessary for the employee to take leave in intermittent periods of time? (Yes/No) _Yes_
If yes, please complete the following:

   a. **Incapacity (Estimated Episodic Flare-Ups):**

      i. Start date: _3_ / _16_ /_23_ End date: _6_ / _2_ /_23_

      ii. Episodes will be _2-3_ times every _7_ days (use 7, 30, 365). Each episode of incapacity may last up to _6_ hours or _1_ days. (e.g., 2 times every 30 days, lasting up to 1 day)

   b. **Office Visits and/or Treatment Schedule (Excluding Incapacity Time):**

      i. Start date: _3_ / _16_ /_23_ End date: _8_ / _20_ /_23_

      ii. Office visits and/or treatments will be _1-2_ time(s) every _7_ days (use 7, 30, 365). Each office visit and/or treatment will last approximately _2_ hours. (e.g., 2 times every 30 days, lasting up to 2 hours)

**Part D – Health Care Provider Signature:**
I certify the above information is accurate and truthful to the best of my knowledge. I certify that I completed this form based on the medical information and facts derived from my treatment or care of the patient.

Signature: _____ Date Form Completed and Signed: _3/28/23  3:54pm_

Print Name: _Elizabeth Ballester_ Title (MD, DO, etc.): _APRN_  Type of Practice: _OB/GYN_

Address: _8172 Chaucer Dr. Spring Hill FL 34607_

Phone Number: _352-663-1101_   Fax Number: _855-919-6122_

Target Leave and Disability Team

P.O. Box 6278

Broomfield          CO          80021

LeaveID:  347938246263

Fax:      (847) 554-1660

TRGET-15-347938246263

**ReedGroup**
a Guardian company

## AUTHORIZATION FOR PROVIDER'S RELEASE OF MEDICAL RECORDS TO CLAIM ADMINISTRATOR

Claimant's Full Name: Victoria Alexis Sims

Date of Birth:

Employer's Name: Target

Claim Administrator: Target Leave and Disability Team

I authorize and request all doctors, hospitals, other health care providers and facilities, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators and their successors ("**Records Holders**") to collect all my medical records, documents, files and/or protected healthcare information ("**Documents**") that may be in his/her custody and control and to release those Documents to the employer named above, my employer's benefit plan or claims administrator(s) (named above) and their related companies, contractors, investigators, attorneys, and service consultants, health care providers who treat or evaluate me with respect to my claim, and other individuals or entities involved in administering, evaluating, analyzing, and managing the plan or my claim (collectively "**Recipient**"), for the Purpose defined below. These Documents include, but are not limited to, all records, writings, or facts about my medical condition, treatment, supplies, expenses, coverage, or benefits, or my employment, disability, physical or mental condition, or ability to work, whether created or maintained prior to or after the Effective Date of this Authorization. This Authorization also allows each Recipient to share and discuss Documents it has received directly from a Record Holder with the other Recipients for the purposes outlined in this Authorization.

This Authorization may include disclosure of Documents relating to treatment for **ALCOHOL OR DRUG ABUSE, SEXUALLY TRANSMITTED DISEASES, HIV/AIDS, and DOCUMENTS RELATED TO MENTAL HEALTH CARE** except psychotherapy notes, but only if I place my initials on the appropriate lines below. In the event my Documents include any of these four (4) types of Documents and I initial the line below, I specifically authorize release of such Documents. Include in my Documents those concerning (*indicate by initialing below*):

|  |  |
|---|---|
| _____ | **Alcohol/Drug Abuse Treatment** |
| _____ | **Mental Health** |
| _____ | **Sexually Transmitted Diseases (STDs)** |
| _____ | **HIV/AIDS** |

Target Leave and Disability Team

P.O. Box 6278

Broomfield          CO      80021

LeaveID: 347938246263

Fax:      (847) 554-1660

Recipient will tell any other Recipient to whom they may forward such Documents that the Documents are confidential. I understand the HIPAA law requires that I be advised that Documents released may be re-disclosed by Recipient to other parties where state and federal privacy laws may not provide protection.

---

### IMPORTANT NOTICE REGARDING GINA

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, we are asking that Records Holders not provide any genetic information when responding to this request for medical information.

**"Genetic information,"** as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

---

The purpose of providing these Documents to the Recipient is to allow the Recipient to evaluate, manage and/or administer my claim for disability benefits, wage replacement benefits, salary continuation, job accommodation, leave under the federal Family and Medical Leave Act, leave under other federal, state, or local leave laws, leave or accommodation under the Americans with Disabilities Act or other accommodation laws, workers' compensation benefits, and/or any other welfare, leave, or benefit program offered by or through my employer ("**Benefits Program**"); or to support, defend against, litigate, or review any determinations made with respect to my job-related claims, or with respect to the Benefits Program, including eligibility for the Benefits Program or benefits; or to give my Documents to any other person or entity, if needed, to determine eligibility for benefits, to manage my claim under a Benefits Program, or to run a Benefits Program (collectively the "**Purpose**").

Any facsimile or copy of this Authorization shall authorize the release of my Documents for the above-stated Purpose. This Authorization shall be in force and effect for one (1) year from the date of execution, at which time this Authorization expires. If I change my mind before then, I can revoke the Authorization by telling each Recipient in writing that I do not want that Recipient to obtain any more Documents, although that will not affect any actions a Recipient took before receiving my written revocation.

Target Leave and Disability Team

P.O. Box 6278

Broomfield          CO          80021

LeaveID:    347938246263

Fax:        (847) 554-1660

I understand that signing this Authorization is voluntary and that if I do not sign this form, it will not affect my treatment, payment, enrollment in a health plan, or eligibility for benefits; however, if I do not sign, the Recipient may not be able to carry out the Purpose for this Authorization, including but not limited to handling my claim, job accommodation request, or determining whether I am eligible for benefits, which may result in the delay or denial of my request for benefits, leave, or accommodation, among other consequences.

I understand I have a right to receive a copy of this Authorization and that I may request a copy of the Documents released to Recipient pursuant to this Authorization.

_____

Signature of Claimant or Legal Representative        Effective Date


_____

Print Name & Relationship to Claimant of any Legal Representative
(e.g., attorney, legal guardian, etc.)


**THIS AUTHORIZATION FOR RELEASE OF RECORDS IS IN 14-PT FONT IN COMPLIANCE WITH CALIFORNIA LAW AT CAL.CIV.CODE §56.11.**


Target Leave and Disability Team

P.O. Box 6278

Broomfield          CO      80021

LeaveID:  347938246263

Fax:       (847) 554-1660

TRGET-18-347938246263

# Target Corporation Workplace Policy Violations & Evidence

## Target Workplace Harassment Policy Summary

Target Corporation maintains a strict zero-tolerance policy regarding harassment and discrimination in the workplace. According to its Team Member Handbook and Equal Employment Opportunity (EEO) Statement, the following are key components of its policy:

- Zero Tolerance: Any form of harassment — whether verbal, physical, or sexual — is strictly prohibited.
- Mandatory Reporting: All team members are encouraged to report any incidents of harassment or inappropriate behavior to Human Resources (HR) or store leadership immediately.
- Prompt Investigation: HR is required to promptly investigate all reported incidents and take appropriate disciplinary action, including termination if warranted.
- Non-Retaliation: Target's policy protects employees who report misconduct from any form of retaliation.
- Equal Treatment: All employees are to be treated fairly and without bias, regardless of personal relationships or positions held.

These standards reflect Target's stated commitment to a safe and respectful workplace.

## Violations and Supporting Evidence

1. Unwanted Touching Incident:
   - Manager "Mark" reached into the front pocket of the employee (Victoria Sims) without permission to retrieve a box cutter.
   - This act occurred during a moment of stress and was unwelcome and inappropriate.
   - The manager stated, "the first thing you need to do is get this out," referring to the box cutter.
   - Two other managers witnessed the aftermath and attempted to calm Victoria down.

2. Missing Surveillance Footage:
   - HR Representative Karen Phillippy stated there was no camera footage facing the

location where the incident occurred.
   - In a retail setting like Target, this lack of footage is questionable and suggests poor
oversight or selective data preservation.

3. Mishandling of FMLA and Pregnancy Disclosure:
   - Victoria was suffering from hyperemesis gravidarum but was unaware she was
pregnant at the time.
   - HR submitted an FMLA request on her behalf without her consent after she disclosed
her health concerns.
   - Despite her desire to remain working, she was placed on leave and later denied re-
employment.

4. Conflict of Interest and Bias:
   - Karen Phillippy and Mark were long-time friends, leading to a biased investigation.
   - Karen downplayed the incident as a "mistake" and chose not to discipline Mark
according to policy.

5. Retaliation and Unemployment Denial:
   - Victoria was let go after following HR's direction, which led to her being denied
unemployment benefits.
   - This created undue financial hardship and emotional distress.

6. Policy Breach:
   - Target's policies call for termination in cases of physical harassment.
   - Instead of protecting the victim, the company removed the reporting employee and
failed to hold the perpetrator accountable.

This document serves as formal evidence of Target's failure to follow its own internal
policies and federal workplace protections.

25. CA -794

FILED FOR RECORD
DOUG CHORVAT CLERK
HERNANDO COUNTY, FL
2025 AUG 11 PH 1:31

# EXHIBIT B

The only

Emails i received following
my cooperation in Exhibit (A)

i called 612-307-5000 (4:51pm)
spoke to rep. 3 told me    Duractation
i was denied. because of       56 min
paper work but was Eligible
for pay that i never received

4 pages

# RE: Decision Notice

04/11/2023

Victoria Alexis Sims
11238 Roland St
Spring Hill, FL 34609-2647

Leave ID: 347938246263

Re: Decision Notice

Dear Victoria Alexis Sims:

This letter confirms that Target Leave and Disability Team has made a decision regarding your leave request from 3/16/2023 through 8/13/2023 for the following reason: Pregnancy/Maternity.

As part of the decision process, we have considered all relevant information, including any submitted documentation, applicable federal and state leave laws, and Target's policies.

---

**Access Your Leave at Any Time**
You can access important information regarding your leave request at any time through Target Pay & Benefits Portal at _____ or through our interactive voice response system (IVR) by calling _____

---

## DENIAL/INELIGIBILITY DETAILS

We regret to inform you that all or part of your leave request has been denied, deemed ineligible or exhausted. Please refer to Decisions Details at the end of this letter for specific plan details.

Please contact your HR department as soon as possible if you have questions regarding your employment status and benefits, or if you are unable to return to work for any reason.

The Target Leave and Disability Team has reviewed your request for Short-term Disability (STD) and has determined that your leave is not approved for payment. We regret to inform you that your request has been denied based on the following:

Target Non-Exempt STD: 03/16/2023 - 06/01/2023
see below

03/20/2023

Victoria Alexis Sims
11238 Roland St
Spring Hill, FL 34609-2647

Leave ID: 347938246263

Re: Decision Notice

Dear Victoria Alexis Sims:

This letter confirms that Target Leave and Disability Team has made a decision regarding your leave request from 3/16/2023 through 8/20/2023 for the following reason:  Pregnancy/Maternity.

As part of the decision process, we have considered all relevant information, including any submitted documentation, applicable federal and state leave laws, and Target's policies.

---

**Access Your Leave at Any Time**
You can access important information regarding your leave request at any time through Target Pay & Benefits Portal at targetpayandbenefits.com or through our interactive voice response system (IVR) by calling (800) 828-5850.

---

## DENIAL/INELIGIBILITY DETAILS
We regret to inform you that all or part of your leave request has been denied, deemed ineligible or exhausted. Please refer to Decisions Details at the end of this letter for specific plan details.

Please contact your HR department as soon as possible if you have questions regarding your employment status and benefits, or if you are unable to return to work for any reason.

The Target Leave and Disability Team has reviewed your request for Short-term Disability (STD) and has determined that your leave is not approved for payment.  We regret to inform you that your request has been denied based on the following:



# RE: Decision Notice



more than once, if more than one status applies to that plan.

| Plans | Status | From | Through | Leave Type | Reason |
|---|---|---|---|---|---|
| Family Medical Leave Act | Ineligible | 03 16 2023 | 08 13 2023 | Continuous Leave | |
| Target Expanded Leave Plan | Ineligible | 03 16 2023 | 08 13 2023 | Continuous Leave | |
| Target Maternity Plan | Ineligible | 03 16 2023 | 06 01 2023 | Continuous Leave | |
| Target Maternity Plan | Denied | 06 02 2023 | 07 27 2023 | Continuous Leave | Terminated |
| Target Maternity Plan | Ineligible | 07 28 2023 | 08 13 2023 | Continuous Leave | |
| Target Non-Exempt STD | Denied | 03 16 2023 | 06 01 2023 | Continuous Leave | Medical information not received |
| Target Non-Exempt STD | Ineligible | 06 02 2023 | 08 13 2023 | Continuous Leave | |
| Target Paid Family Leave | Denied | 07 28 2023 | 08 13 2023 | Continuous Leave | Terminated |

may be listed more than once. if more than one status applies to
that plan.

| Plans | Status | From | Through | Leave Type | Reason |
|-------|--------|------|---------|-----------|--------|
| Family Medical Leave Act | Ineligible | 03/16/2023 | 08/20/2023 | Continuous Leave | |
| Target Expanded Leave Plan | Ineligible | 03/16/2023 | 08/20/2023 | Continuous Leave | |
| Target Maternity Plan | Ineligible | 03/16/2023 | 05/28/2023 | Continuous Leave | |
| Target Maternity Plan | Denied | 05/29/2023 | 07/23/2023 | Continuous Leave | Not Eligible |
| Target Maternity Plan | Ineligible | 07/24/2023 | 08/20/2023 | Continuous Leave | |
| Target Non-Exempt STD | Denied | 03/16/2023 | 07/23/2023 | Continuous Leave | Not Eligible |
| Target Non-Exempt STD | Ineligible | 07/24/2023 | 08/20/2023 | Continuous Leave | |
| Target Paid Family Leave | Denied | 07/24/2023 | 08/20/2023 | Continuous Leave | Not Eligible |
| Target Unpaid Parental Leave | Denied | 07/24/2023 | 08/20/2023 | Continuous Leave | Not Eligible |

25-CA-794

# EXHIBIT C

medical Records
showing -high risk pregnancy
        -hyperemesis Gravidarum
ongoing visits to hospital
for fluids due to worsening
        symtoms

reason 3 cause for my leave
        protected under FMLA

- Post Partum depression

21 pages

FILED FOR RECORD
IN THE COUNTY CLERK
IN GRIFFIN
MANATEE COUNTY FL
2025 AUG 11 PM 1:31

**Bravera Health Spring Hill**

10461 Quality Dr
Spring Hill, FL 34609-
(352) 688-8200

| | | | |
|---|---|---|---|
| **Patient:** | **SIMS, VICTORIA** | Adm Date: | 5/21/2023 |
| MRN: | ▮▮▮ | Attending: | MATEER,ERIN A MD |
| Account #: | ▮▮▮ | Primary Care: | MATEER,ERIN A MD |
| Service Code: | OBI Obstetrics Inpatient | DOB/Sex: | ▮▮▮    Female |
| Room #: 4007 | Bed #:  D | Copy to: | MATEER,ERIN A MD |

---

### *Discharge Summary*

---

| | |
|---|---|
| Result Type: | Discharge Summary |
| Result Date: | 5/23/2023 16:12 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Discharge Note/postpartum |
| Performed By: | AWWAD,AMAL MD (5/23/2023 16:57 EDT) |
| Verified By: | AWWAD,AMAL MD (5/23/2023 16:57 EDT) |

**Admission Date**
May 21, 2023

**Discharge Date**
May 23, 2023

**Chief Complaint**
Nausea/ Vomiting

**Hospital Course**
23 yo G3P2 POD #2 repeat LTCS.
POD #1 cesarean delivery. The patient is doing well. She is meeting normal postpartum milestones.
Decreased lochia, minimal pain. No GU/GI complaints.
No headache, no blurry vision, no scotomata, no ruq/epigastric pain.
No s/s of depression/anxiety. Good family support.
Bonding well with the newborn. Breast feeding/pumping.
Desires discharge home

Procedures
Repeat low transverse cesarean section

Consults
Consult to Anesthesiology - Ordered
 -- 05/21/23 11:56:00 EDT, STAT, C Section/ tubal

Significant findings from diagnostic/lab tests
**Labs** (Last four charted values)
**WBC**   H **11.1**  (MAY 22)   9.6   (MAY 21)
**Hgb**    L **10.4**  (MAY 22)   L **11.3**   (MAY 21)
**Hct**    L **33**  (MAY 22)   L **35**  (MAY 21)
**Plt**     178   (MAY 22)   202   (MAY 21)

Physical Examination on the day of discharge

Vitals & Measurements
**T:** 98.5 °F (Axillary)  **TMIN:** 98.5 °F (Axillary)  **TMAX:** 99.3 °F (Axillary)  **RR:** 16  **BP:** 122/68

**Discharge Diagnoses**
**Diagnosis (4) Active**
   Acute pain (ICD-10-CM R52, Discharge, Medical)
   Bleeding from genital tract during pregnancy (ICD-10-CM O46.90, Discharge, Medical)

---

Print Date/Time:   5/24/2023 15:06 CDT                                 Report Request ID:   662545510

| Patient: | **SIMS, VICTORIA** | Adm Date: | 5/21/2023 |
|---|---|---|---|
| MRN: | ███ | Attending: | MATEER,ERIN A MD |
| Account #: | ███ | Primary Care: | MATEER,ERIN A MD |
| Service Code: OBI Obstetrics Inpatient | | DOB/Sex: | ███     Female |
| Room #: 4007 | Bed #: D | Copy to: | MATEER,ERIN A MD |

## *Discharge Summary*

Status post repeat low transverse cesarean section (ICD-10-CM Z98.891, Discharge, Medical)
Uterine contractions (ICD-10-CM O47.9, Discharge, Medical)


**Discharge Plan**
Acute pain
Bleeding from genital tract during pregnancy
Status post repeat low transverse cesarean section
  1. Nothing per vagina until cleared by OB doctor.
  2. If you have any heavy vaginal bleeding call office or go to ED.
  3. If you have signs of infection, ie. elevated temperature, fever, chills, abnormal vaginal discharge/foul odor, call the office or go to the ED.
  4. If you have any signs of depression or thoughts of harming yourself or others call 911 or go to the ED.

Uterine contractions
Orders:
Bath Restrictions Post Discharge
Call your PCP for:
Discharge Patient
Discharge Wound Care
Driving Restrictions
Other patient discharge instructions (free text field):
Post Discharge Activity
Remove Peripheral Saline Lock

  <u>Discharge medications</u>
  Ibuprofen and Tylenol
  Prenatal vitamin and iron

  <u>Allergies</u>
Sulfabenzamide/Sulfacetamide/Sulfathiazole (Edema)

<u>Discharge Orders</u>
Bath Restrictions Post Discharge - Ordered
  -- 05/23/23 16:11:00 EDT, Stop date 05/23/23 16:11:00 EDT, may shower
Call your PCP for: - Ordered
  -- 05/23/23 16:11:00 EDT, Fever
Discharge Patient - Ordered
  -- 05/23/23 16:11:00 EDT, to Home/Self Care
Discharge Wound Care (keep incision clean and dr) - Ordered
  -- 05/23/23 16:11:00 EDT, keep incision clean and dr
Driving Restrictions - Ordered
  -- 05/23/23 16:11:00 EDT, Cannot resume driving until cleared by surgeon
Other patient discharge instructions (free text field): - Ordered
  -- 05/23/23 16:11:00 EDT, Stop date 05/23/23 16:11:00 EDT
Post Discharge Activity - Ordered
  -- 05/23/23 16:11:00 EDT, No heavy lifting

<u>Activity</u>
As tolerated.
Nothing per vagina until cleared by OB provider.
No heavy lifting.

---

| | | | | |
|---|---|---|---|---|
| **Patient:** | **SIMS, VICTORIA** | | Adm Date: | 5/21/2023 |
| MRN: | ▉ | | Attending: | MATEER,ERIN A MD |
| Account #: | ▉ | | Primary Care: | MATEER,ERIN A MD |
| Service Code: | OBI Obstetrics Inpatient | | DOB/Sex: | ▉ Female |
| Room #: 4007 | Bed #: D | | Copy to: | MATEER,ERIN A MD |

## Discharge Summary

No driving until cleared by OB provider.

Follow up appointments
1 week with Dr. Mateer

Discharge Condition
stable

Disposition
Home

**Time Spent for Discharge**
10 minutes

*Electronically Signed on 05/23/2023 16:57 EDT*

---

*AWWAD, AMAL MD*

Physical Exam
General: well appearing, no acute distress, alert and oriented to person, place, time and situation
HEENT: atraumatic, PERRLA,
Respiratory: normal chest wall expansion, CTA B, no r/r/w, no rubs
Cardiovascular: RRR, no m/r/g, Normal S1 and S2
Abdomen: Soft, non-tender gravid, with exception of TTP sufficient to make patient just at left 3 cm of Pfannenstiel incision
Genitourinary: No inguinal hernia, normal external genitalia, including labia minora and majora, introitus and perineum, no vulvar lesions. Vagina normal appearing with no pathologic discharge. No vaginal lesions noted. On cervical exam no cervical motion tenderness, adnexal tenderness or fundal tenderness. SVE 2/80/0, posterior, soft, more anterior than on prior exams. brb on glove
Rectal: deferred
Musculoskeletal: normal ROM in upper and lower extremities. No edema, Cyanosis or Clubbing. Homans' sign negative. No erythema or palpable cords.
Integumentary: warm, dry, and pink, with no rash, purpura, or petechia
Heme/Lymph: no lymphadenopathy, no bruises
Neurological: 2+ patellar reflexes, no clonus, no tics, normal sensation to pressure and light touch
Psychiatric: cooperative with normal mood, affect, and cognition
 CEFM: 130s, moderate variability, + 15 x 15 accels, no decels, Cat 1 reactive
ctx 1-2/10 minutes, moderate to palpation
Assessment/Plan

23 yo G3P1 at 38/4 presenting with slight cervical change and bleeding per vagina.

Discussed that given her bleeding from the cervix and tenderness on her Pfannenstiel incision, there is a not insignificant chance that either she is laboring os that she is experiencing a dehiscence of her lower uterine segment. I discussed with her that given the pain in the Pfannenstiel incision that I am not comfortable offering TOLAC due to increased risk for rupture which though rare can be absolutely catostrophic and can lead to significant maternal bleeding, fetal hypoxia and even death.

Given labor at 38/2 with some signs and symptoms worrisome for hysterotomy dehiscence, will move forward with delivery at 38/2.

We discussed risks cesarean section. Risks include bleeding, infection, damage to nearby organs including but not limited to bladder and bowel injury, hernia, as well as other possible injuries. We also discussed possibility that more significant incision will be needed the mid, lower transverse uterine incision to deliver baby, and that these incisions may be associated with increased bleeding, increased recovery time, increased risk with future pregnancies. There is also significant chance for acute pain and possibility of chronic pain. There is also chance for scar tissue which may complicate future abdominal surgeries. Women who have 1 Cesarean section are significantly more likely to need to deliver future pregnancies by cesarean section. This is even more true after 2 prior C-sections. After more than 2 cesarean sections, delivery by cesarean section in the future is generally necessary. blood transfusion may be necessary. Additional surgery to repair any organ damage intraoperatively is also possible.
 Victoria voiced understanding of all these issues and is in agreement with plan to proceed with delivery by RLTCS. All questions answered to patient satisfaction.
Problem List/Past Medical History
Ongoing
H/O hyperemesis gravidarum ✳

| PATIENT | | FACILITY | ENCOUNTER |
|---|---|---|---|
| **Victoria Sims** | | **Erin Mateer OB GYN** | **Office Visit** |
| DOB | ▉ | T  (352) 653-1101 | NOTE TYPE  SOAP Note |
| AGE | 25 yrs | F  (855) 919-6122 | SEEN BY  Elizabeth Ballester |
| SEX | Female | 8172 Chaucer Drive | MSN FNP |
| PRN | ▉ | Spring Hill, FL 34607 | DATE  07/06/2023 |

ENCOUNTER info continued:

AGE AT DOS   23 yrs

Electronically signed by Elizabeth Ballester MSN FNP at 07/06/2023 09:46 am

## Chief complaint

6 wk pp

### Vitals for this encounter

| | 07/06/23 9:37 AM |
|---|---|
| Height | 61 in |
| Weight | 126 lb |
| Pulse | 100 bpm |
| BMI | 23.81 |
| Blood pressure | 104/64 mmHg |

### SUBJECTIVE

This is a G [ 5 ] P [ 2 ] presenting for her postpartum visit.
She is s/p [ c/s ] on [5/23/23 ].
Complications: [ vaginal bleeding during IOL, changed to c/s ]
Baby Name: [ Ysani ]

EPDS Score [15]
Suicidal thoughts  [N]
Pain  [mild ]
Bladder/Bowel Issues [N]
[Breastfeeding]
Concerns [N ]
Plan for Contraception Postpartum: Is considering progesterone only but not yet.

Patient reports better on current dose of zoloft however is still having days of feeling useless, sad, crying, not able to eat. Denies thoughts of SI/HI. States that the bouts and days of depression have reduced since starting the zoloft, currently at 25mg per day. Discussed options of increasing dose for more effective management of mental health and pt agreeable. Increased to 50mg po daily today. Will follow up in office in one month to review.

Bleeding resolved. Incision healed well. Is still breastfeeding and taking natural supplements to increase supply.

### OBJECTIVE

General:  no acute distress; normal affect

HEENT: normocephalic, atraumatic
Neurological: Mental status to conversation: Normal orientation, memory, concentration, language, fund of knowledge
Neck: Supple, non tender, no adenopathy, masses or thyromegaly

Lungs: no respiratory distress

Lungs: no respiratory distress.

Heart: regular rate and rhythm.

Extremities: no deformities or grossly significant joint findings. No edema or cyanosis ; peripheral pulses intact.

## ASSESSMENT

Diagnoses attached to this encounter:

Anxiety [ICD-10: F41.9], [ICD-9: 300.00], [SNOMED: 48694002]

Depression [ICD-10: F32.A], [ICD-9: 311], [SNOMED: 35489007]

## PLAN

Zoloft increased to 75mg po daily and started Buspar 5mg po bid
Follow up in office in two weeks, sooner if needed.
Continue counseling as scheduled
Provided with further resources for support

Medications attached to this encounter:

busPIRone HCl 5 MG Oral Tablet 1 tablet (5 mg) orally 2 times per day

## Quality of care

Was diagnosis reconciliation completed?
**Yes, reconciliation performed**

Was medication allergy reconciliation completed?
**Yes, reconciliation performed**

Was medication reconciliation completed?
**Yes, reconciliation performed**

Documentation of current medications

Patient declined to receive clinical summary

8-24-2023

Breasts: Pt deferrs

Abdomen: soft, non-tender, without masses or hepatomegaly; Bowel sounds or active. NO rebound or guarding. No suprapubic or fundal tenderness; Funuds not palpable. Low transverse abdominal incision, is clean dry intact with no odor or erythema. Healing well

Ext genitalia: deferred

Vagina: deferred

Cervix: deferred

Uterus not enlarged, normal contour, mobile, nontender

Extremities: no deformities or grossly significant joint findings. No edema or cyanosis ; peripheral pulses intact.

## ASSESSMENT

Postpartum, Cesarean Section .

## PLAN

Follow up in one month for medication review.

Three months for annual.

Postpartum Depression

Postpartum Depression is an alarmingly common disease; it happens to 15% or more of patients and can be quite severe. Treatment options include meditation, exercise, referral for talk therapy, which most insurances will cover and is often available as a telehealth option, and medications.

It is important to get daily exercise outside.  Sleeping for 6 hours continuously will also help if at all possible.  A support system is also important to allow you time to take a break without childcare or other childcare or work responsibilities.  I encourage you to reach out to your support system and see if you can get help with childcare and household tasks.

If you start having any thoughts about hurting yourself or other, especially if you fund yourself coming up with specific plans to hurt yourself or others, you need to go to the nearest emergency room right away for treatment for severe postpartum depression.

Patient voiced understanding of plan to go to ED for any homicidal or suicidal ideation.  She agreed to this safety contract.

After discussion of treatment options and participating in shared decision making, we agreed to increase Zoloft to 50mg po daily and seek counseling.

Medications attached to this encounter:
   Sertraline HCl 50 MG Oral Tablet Take 1 tablet (50 mg) by mouth daily at bedtime

## Quality of care

Was diagnosis reconciliation completed?
**Yes, reconciliation performed**

Was medication allergy reconciliation completed?
**Yes, reconciliation performed**

Was medication reconciliation completed?
**Yes, reconciliation performed**

PATIENT
**Victoria Sims**
DOB ▮▮▮▮
AGE 25 yrs
SEX Female
PRN ▮▮▮▮

FACILITY
**Erin Mateer OB GYN**
T (352) 653-1101
F (855) 919-6122
8172 Chaucer Drive
Spring Hill, FL 34607

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Erin Mateer MD
DATE 06/15/2023
AGE AT DOS 23 yrs
Electronically signed by Erin Mateer MD
at 06/15/2023 05:03 pm

**Chief complaint**
PPD

| Vitals for this encounter | 06/15/23 9:41 AM |
|---|---|
| Height | 61 in |
| Weight | 124 lb |
| BMI | 23.43 |
| Blood pressure | 108/60 mmHg |

**SUBJECTIVE**

Presents for PPD check. One week ago after being diagnosed, she was started on Zoloft. She was also advised to walk every day and utilize your support network and locate a therapist if possible..

She's walking daily and working on therapist and taking the Zoloft with some improvement. At least, feels like there is some hope.

**OBJECTIVE**

General: no acute distress; normal affect

HEENT: normocephalic, atraumatic
Neurological: Mental status to conversation: Normal orientation, memory, concentration, language, fund of knowledge

**ASSESSMENT**

Evaluation and Management of the following issues **(Significant, separately identifiable, medically necessary) in addition to Routine Postpartum Care.**

. Evaluation and Management, existing patient, 30-39 minutes, 99214, modifier 24.

Diagnoses attached to this encounter:
   Postpartum depression [ICD-10: F53.0], [ICD-9: 648.40], [SNOMED: 58703003]

**PLAN**

Continue zoloft
Suicide precautions reiterated

Total Time spent on E&M encounter: [ ]
Time-Based E&M Coding includes: Time spent preparing to see patient, time spent obtaining and reviewing separate histories, time spent ordering tests and procedures, time spent documenting in the EHR, and time spent communicating with patient, family, and caregivers. This does not include time spent by clinical staff other than the provider. This also does not include time spent by the provider on routine Antepartum or Postpartum Care during this same encounter.

TIme spent reviewing chart for visit on same day as visit: 6 minutes
TIme spent talking to other providers or to other people regarding patient: 0
Time spent gathering History: 5 minutes
Time Spent on Physical Exam: 4 minutes
Time spent ordering Medications: 0
Time spent discussing plan of care: 6 minutes
TIme spent documenting visit on same day as visit: 9 minutes
Total Time: 30 minutes

## Quality of care

Was diagnosis reconciliation completed?
**Yes, reconciliation performed**

Was medication allergy reconciliation completed?
**Yes, reconciliation performed**

Was medication reconciliation completed?
**Yes, reconciliation performed**

Documentation of current medications

Patient declined to receive clinical summary

| PATIENT | FACILITY | ENCOUNTER |
|---|---|---|
| **Victoria Sims** | **Erin Mateer OB GYN** | **Office Visit** |

| | | | |
|---|---|---|---|
| DOB | ████████ | T (352) 653-1101 | NOTE TYPE SOAP Note |
| AGE | 25 yrs | F (855) 919-6122 | SEEN BY Elizabeth Ballester |
| SEX | Female | 8172 Chaucer Drive | MSN FNP |
| PRN | ████ | Spring Hill, FL 34607 | DATE 05/17/2023 |
| | | | AGE AT DOS 23 yrs |

Electronically signed by Elizabeth
Ballester MSN FNP at 05/21/2023 11:52
pm

### Chief complaint

Patient is here for: ROB

G[5 ] P[ 1]
FINAL EDD: 6/2/23
LMP: 8/26/22
GA: 37/5

| Vitals for this encounter | |
|---|---|
| | 05/17/23 11:37 AM |
| Height | 61 in |
| Weight | 138 lb |
| Pulse | 93 bpm |
| Fundal Height | 37 cm |
| Fetal Heart Rate | 136 bpm |
| BMI | 26.07 |
| Blood pressure | 115/61 mmHg |

### SUBJECTIVE

PATIENT IS HERE FOR OB VISIT
- G[5] P[1]
- FINAL EDD: 6/2/23
- 1st Day of LMP: 8/26/22. Edd by lmp 6/2/23
- Dating US: 10/8/22, 6 wks --> 6/3/23
- 10/24, 8/5 —> 5/31
- Periods Regular: Y
- Pregnancy Planned/Wanted: N
- Father of Baby Involved: Y
- Emergency Contact : Yvenson avbourg, 813-562-9376
- NICA information provided. Form signed and on file: Y
- Family Hx of Genetic Anomalies/ diseases/conditions: N
- Planning to Breastfeed: Y
- Hx of GBS + in prior pregnancy: unsure
- Hx of Genital Herpes or partner with Genital Herpes: N
- Blood Type/ AB Screen:

PREGNANCY STUDIES
- Natera/NIPT: declines, it's a boy
- Carrier Testing: sma carrier, fob testing declines
- Pap:
- OB1 Labs:

- OB1.5 Labs:
- OB2 Labs:
- Dating: x
- Anatomy: x
- Growth:
- GBS: x

URINE CULTURES:
- OB1:
- OB2:
- GC/CT:

VACCINES
- Rhogam: if applicable
- COVID 19:
- TDAP:

COMPLICATIONS
- Hx of pltcs: desires vbac, initial pltcs for fetal distress.
- Hx of ptb, pprom at 35 wks, offered progestin on 2/20, which she declined
- Sma carrier: fob testing offered, will consider, will likely decline
- Noncompliance: as of 3/6/23 has not completed any labs and only had one US
- Betamethasone at 35weeks

---

- MA section:

- Other Concerns :

US Pregnancy Transvaginal
Reason For Exam
8 weeks preg abd pain N/V;Other (please specify)

============= REPORT=============
Exam: Early Pregnancy Ultrasound

History: 8 weeks pregnant, abdominal pain N/V.

Comparison: None.

Technique: Grayscale, color Doppler, and pulsed Doppler early pregnancy ultrasound images of the pelvis were obtained transabdominally.  Transvaginal ultrasound was performed for better evaluation of the early gestation and adnexa.

Findings:
Uterus:  8.1 x 4.5 x 6.8 cm.

Normal contour intrauterine gestational sac with no definite subchorionic hematoma. Single live intrauterine gestation with a crown-rump length of 0.35 cm corresponding to dates of six weeks and zero days. Fetal heart rate of 133 bpm. Normal yolk sac.

Right ovary: 3.7 x 2.4 x 3 cm. . There is a small corpus luteal cyst in the right ovary (1.5 x 1 cm). No follow-up imaging is recommended.
Left ovary: Not visualized due to adjacent bowel gas.
Normal color and pulsed Doppler flow to right ovary.

Small amount of pelvic free fluid.

Impression:
1.  Single live intrauterine gestation with estimated gestational age of  6 weeks and zero days.
2.  No evidence of subchorionic hemorrhage.

-----------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------
Medical History, including surgical, gyn and obstetric history reviewed and in Summary
-----------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------

MD section:

3/2/23: Patient seen today 27w2d gestation based off her LMP. Has not completed any bloodwork or provided urine samples that standard of care for pregnancy and only had one US in February. Reiterated to patient the importance of appropriate antenatal care to optimize out come for fetus and maternal health. Pt verbalized understanding, will try to complete this week. Third trimester education and counseling completed.

3/23/23: Pt reports increased pelvic pain, lower back pain, and increased nausea. Was seen at Spring Hill Bravera yesterday for sx. Dc'd home after NST and receiving IV fluids. States she is still very uncomfortable- reports per Dr. Mateer plan is for antenatal testing to start at 32weeks and betamethasone at 34weeks d/t hx of preterm labor in the past. BPP Ultrasound performed.

4/20/23: Pt seen in office for ROB appointment. Was seen at Bravera L&D on 4/13, 4/16/ and 4/18 for uti sx, worsening HEG symptoms with dehydration and possible rupture of membranes on 4/18. ROM Plus swab negative. BPP's 8/8. Received IV and continues PO antibiotics. C/o thick, clumping vaginal discharge. On exam thick white discharge clumped at vaginal opening and hugging sides of canal. pH 5. Wet prep completed: +yeast seen. No trich, sperm, or clue cells. Dry swab no ferning seen. Prescribed diflucan. Ordered for US to be completed at hospital with cervical length as it was previously scheduled in office.

4/28/23 Pt her For ROB 35w0d. Pt reports decreased fetal movement and contractions that are every 4-5min. NST performed. Pt sent to Bravera for decreased fetal movement, labor PTL check, BPP, Growth, and Pre-natal lab work due to noncompliance.

5/4/23: Patient seen for ROB appointment, reports increased pain and frequent contractions. NST completed- report attached. GBS swab obtained and sent.

5/11/23: Patient admitted overnight for possible preterm labor Sunday. Refused terbutaline. Completed betamethasone x 2. Voiced concerns for ability to vbac- states she is considering rltcs.

5/17/23: Patient agreeable to rltcs- scheduling request intiated.

**OBJECTIVE**

General:  no acute distress; normal affect

HEENT: normocephalic, atraumatic
Neurological: alert and oriented x 4.  normal concentration and fund of knowledge
Respiratory: no Respiratory Distress
Abd: soft, non tender, gravid
Extremities: no deformities or grossly significant joint findings. No edema or cyanosis ; peripheral pulses intact.

**ASSESSMENT**

!up, final edd 6/2/23

Diagnoses attached to this encounter:

   Maternal care for low transverse scar from previous cesarean delivery [ICD-10: O34.211], [ICD-9: 654.21], [ICD-9: 654.23], [SNOMED: 31821006]

   Supervision of pregnancy with insufficient antenatal care, unspecified trimester [ICD-10: O09.30], [ICD-9: V23.7], [SNOMED: 1031000119109]

   Non-compliance [ICD-10: Z91.199], [ICD-9: V15.81], [SNOMED: 7058009]

—   Supervision of high risk pregnancy, unspecified, unspecified trimester [ICD-10: O09.90], [ICD-9: V23.9], [SNOMED: 47200007]

History of preterm delivery [ICD-10: Z87.51], [ICD-9: V23.41], [SNOMED: 161765003]

Multiple budding yeast detected [ICD-10: R89.5], [SNOMED: 769110001]

Vaginitis [ICD-10: N76.0], [ICD-9: 616.11], [SNOMED: 30800001]

Supervision of pregnancy with other poor obstetric history, third trimester [ICD-10: O09.293], [ICD-9: V23.49], [ICD-9: V23.5], [SNOMED: 47200007]

## PLAN

RLTCS - scheduling requested 5/26. Pending confirmation
Follow up in one week, sooner if needed

## Quality of care

Was diagnosis reconciliation completed?
**Yes, reconciliation performed**

Was medication allergy reconciliation completed?
**Yes, reconciliation performed**

Was medication reconciliation completed?
**Yes, reconciliation performed**

Documentation of current medications

Patient declined to receive clinical summary

## Encounter

5/21/23 - 5/21/23

Bravera Health Spring Hill 10461 Quality Dr Spring Hill, FL 34609 - US (352) 688-8200

Discharge Disposition: D/C - Home

## Reason for Visit

Abdominal pain/ 38 weeks pregnant.

## Allergies, Adverse Reactions, Alerts

| Substance | Reaction | Severity | Status |
|---|---|---|---|
| Sulfabenzamide/Sulfacetamide/ Sulfathiazole | Edema | Moderate | Active |

## Assessment and Plan

Extracted from:

| Title: Admission H & P | Author: MATEER, ERIN A MD | Date: 5/21/23 |
|---|---|---|

23 yo G3P1 at 38/4 presenting with slight cervical change and bleeding per vagina.

Discussed that given her bleeding from the cervix and tenderness on her Pfannenstiel incision, there is a not insignificant chance that either she is laboring os that she is experiencing a dehiscence of her lower uterine segment. I discussed with her that given the pain in the Pfannenstiel incision that I am not comfortable offering TOLAC due to increased risk for rupture which though rare can be absolutely catostrophic and can lead to significant maternal bleeding, fetal hypoxia and even death.

Given labor at 38/2 with some signs and symptoms worrisome for hysterotomy dehiscence, will move forward with delivery at 38/2.

We discussed risks cesarean section. Risks include bleeding, infection, damage to nearby organs including but not limited to bladder and bowel injury, hernia, as well as other possible injuries. We also discussed possibility that more significant incision will be needed the mid, lower transverse uterine incision to deliver baby, and that these incisions may be associated with increased bleeding, increased recovery time, increased risk with future pregnancies. There is also significant chance for acute pain and possibility of chronic pain. There is also chance for scar tissue which may complicate future abdominal surgeries. Women who have 1 Cesarean section are significantly more likely to need to deliver future pregnancies by cesarean section. This is even more true after 2 prior C-sections. After more than 2 cesarean sections, delivery by cesarean section in the future is generally necessary. blood transfusion may be necessary. Additional surgery to repair any organ damage intraoperatively is also possible.

Victoria voiced understanding of all these issues and is in agreement with plan to proceed with delivery by RLTCS. All questions answered to patient satisfaction.

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Victoria Sims** | | **Erin Mateer OB GYN** | **Office Visit** | |
| DOB | | T (352) 653-1101 | NOTE TYPE | SOAP Note |
| AGE | 25 yrs | F (855) 919-6122 | SEEN BY | Elizabeth Ballester |
| SEX | Female | 8172 Chaucer Drive | | MSN FNP |
| PRN | | Spring Hill, FL 34607 | DATE | 03/06/2023 |
| | | | AGE AT DOS | 23 yrs |

Electronically signed by Elizabeth
Ballester MSN FNP at 03/13/2023 01:25
pm

### Chief complaint

Patient is here for ROB
EDD:    6/2/23    Gestational Age: 27w2d
G: 5 P: 1    LMP: 8/26/22 —> edd 6/2/23 by lmp
edd per us : 5/29/23

** need final EDD**

| Vitals for this encounter | 03/06/23 1:52 PM |
|---|---|
| Height | 61 in |
| Weight | 122 lb |
| Pulse | 102 bpm |
| Fundal Height | 29 cm |
| Fetal Heart Rate | 136 bpm |
| BMI | 23.05 |
| Blood pressure | 125/83 mmHg |

### SUBJECTIVE

PATIENT IS HERE FOR OB VISIT
- G[5] P[1]
- FINAL EDD: not yet available
- 1st Day of LMP: 8/26/22. Edd by lmp 6/2/23
- Dating US: date, GA --> EDD by FTUS
- Periods Regular: Y
- Pregnancy Planned/Wanted: N
- Father of Baby Involved: Y
- Emergency Contact :
- NICA information provided: Form signed and on file: Y
- Family Hx of Genetic Anomalies/ diseases/conditions: N
- Planning to Breastfeed: Y
- Hx of GBS + in prior pregnancy: unsure
- Hx of Genital Herpes or partner with Genital Herpes: N
- Blood Type/ AB Screen:

PREGNANCY STUDIES
- Natera/NIPT: declines, it's a boy
- Carrier Testing:
- Pap:
- OB1 Labs:
- OB1.5 Labs:

- OB2 Labs:
- Dating:
- Anatomy:
- Growth:
- GBS:

URINE CULTURES:
- OB1:
- OB2:
- GC/CT:

VACCINES
- Rhogam: if applicable
- COVID 19:
- TDAP:

COMPLICATIONS
- Hx of pltcs: desires vbac, initial pltcs for fetal distress.
- Hx of ptb, pprom at 35 wks, offered progestin on 2/20, which she declined
- Sma carrier: fob testing offered, will consider, will likely decline
- Noncompliance: as of 3/6/23 has not completed any labs and only had one US

--------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------

- MA section:

- Other Concerns :

--------------------------------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------

Medical History, including surgical, gyn and obstetric history reviewed and in Summary
--------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------

MD section:

3/2/23: Patient seen today 27w2d gestation based off her LMP. Has not completed any bloodwork or provided urine samples that standard of care for pregnancy and only had one US in February. Reiterated to patient the importance of appropriate antenatal care to optimize out come for fetus and maternal health. Pt verbalized understanding, will try to complete this week. Third trimester education and counseling completed.

## OBJECTIVE

Routine OB exam.
General:  no acute distress; normal affect

HEENT: normocephalic, atraumatic
Neurological: alert and oriented x 4.  normal concentration and fund of knowledge
Respiratory: no Respiratory Distress
Abd: soft, non tender, gravid
Extremities: no deformities or grossly significant joint findings. No edema or cyanosis ; peripheral pulses intact..

## ASSESSMENT

Iup, final edd 6/2/23
**G0310** - Immunization counseling by a qualified health care professional when the vaccine(s) is not administered on the same date of service, 5-15 minutes..

Diagnoses attached to this encounter:

Maternal care for low transverse scar from previous cesarean delivery [ICD-10: O34.211], [ICD-9: 654.21], [ICD-9: 654.23], [SNOMED: 31821006]

Supervision of pregnancy with insufficient antenatal care, unspecified trimester [ICD-10: O09.30], [ICD-9: V23.7], [SNOMED: 1031000119109]

Non-compliance [ICD-10: Z91.199], [ICD-9: V15.81], [SNOMED: 7058009]

Supervision of high risk pregnancy, unspecified, unspecified trimester [ICD-10: O09.90], [ICD-9: V23.9], [SNOMED: 47200007]

History of preterm delivery [ICD-10: Z87.51], [ICD-9: V23.41], [SNOMED: 161765003]

## PLAN

Reprinted OB labs
Scheduled for growth US

RTC in 2 weeks, sooner if needed.

**3rd Trimester Counseling**

Pre term labor and labor precautions discussed.   Any regular painful contractions  7 minutes apart or lasts for more than 2 hours, vaginal bleeding, any extreme abdominal pain or any leakage of fluid other than urine or normal vaginal discharge she would result in an immediate  visit to Labor and delivery.

After 28 weeks, you should feel regular baby movement.  it should not take more than 1 hour to feel 10 movements.  I recommend that once a day you count his or her kicks until you reach 10 movements.  if it is taking more than 30 minutes, you can try a cold or sugary beverage.  is taking more than an hour you should go to Labor and delivery to have baby checked out.  often decreased fetal movement is simply a healthy baby not moving as much for benign reasons.   However the only way to know for sure is to monitor baby with either heart rate tracings and or ultrasound.   also if baby is in any sort of distress, it is critical that we find out as soon as possible so we can implement appropriate interventions to keep  you and baby as healthy as possible.

Recommended the flu vaccine  as part of standard prenatal care.   discussed increased risk of severe  illness from the flu requiring intensive care unit stay compared to the non pregnant female patient.

Also recommended  the Covid vaccine;  discussed the approximately 20 fold increased risk of severe illness and pregnant women compared to the non pregnant counter parts.  also discussed the overall reassuring data regarding the vaccine in pregnancy in terms of congenital malformations, spontaneous abortions, and other pregnancy complications,  and discussed the high risk of pregnancy complications associated with Covid.   Discussed that overall the risks of Covid in pregnancy are far greater than the risks associated with the Covid vaccine.

Also recommended the Tdap vaccine;  explained that the Tdap vaccines provides pertussis antibodies to baby to decrease baby's risks of contracting the dangerous Whooping Cough  disease,  prior to their ability to get their own vaccine.

Recommended breastfeeding  unless  specific contraindication to breastfeeding exists.  Discussed that breastfeeding decreases mom's risk for diabetes, hypertension,  metabolic syndrome,  and breast cancer.  also discussed that breastfeeding decreases baby's risk for infection,  allergies,  asthma,  autoimmune disease,  and possibly leukemia.

Discussed possible modes of delivery including operative vaginal delivery,  vaginal delivery, and cesarean delivery.   for women who have never had a baby,  or of had prior vaginal deliveries and no cesarean section or procedures involving full-thickness incision to the uterus,  I would generally recommend vaginal delivery unless cesarean section is clinically indicated, though some women choose to bypass risks of labor and minimize risks for birth injury, by opting for elective Cesarean Section, in other words, electing for risks of Cesarean Section instead of risks of vaginal birth.  Cesarean section is a major surgery and compared to vaginal delivery, is generally associated with increased risk for infection, bleeding, scar tissue, need for future cesarean sections and increased time for recovery.  Cesarean Section is also sometimes necessary  if baby is not tolerating labor,  if baby will not fit safely through your pelvis,  if baby is not positioned appropriately for vaginal birth, or if deliveries medically necessary faster than could be achieved with vaginal delivery.   Operative vaginal delivery with either vacuum or forceps is sometimes necessary in the event of fetal distress requiring urgent delivery,  or in the event that baby needs a little extra help to fit out of the birth canal.  Operative vaginal deliveries have the advantage of avoiding cesarean section,  though they are associated with  risks of traumatic injury to the pelvis,  and possible traumatic injuries to baby.  Operative vaginal delivery  will only be recommended ore suggested as an option if the potential benefits justify  the potential risks.

## Quality of care

| PATIENT | FACILITY | ENCOUNTER |
|---|---|---|
| **Victoria Sims** | **Erin Mateer OB GYN** | **Office Visit** |

| | | | | |
|---|---|---|---|---|
| **DOB** | ▮▮▮▮ | T (352) 653-1101 | NOTE TYPE | SOAP Note |
| **AGE** | 25 yrs | F (855) 919-6122 | SEEN BY | Erin Mateer MD |
| **SEX** | Female | 8172 Chaucer Drive | DATE | 04/04/2023 |
| **PRN** | ▮▮▮▮ | Spring Hill, FL 34607 | AGE AT DOS | 23 yrs |

Electronically signed by Erin Mateer MD
at 04/21/2023 05:40 pm

## Chief complaint

Patient is here for: ROB

G[5 ] P[ 1]
FINAL EDD: 6/2/23
LMP: 8/26/22
GA: 31/4
NEEDS:

| Vitals for this encounter | |
|---|---|
| | **04/04/23**<br>**3:19 PM** |
| Height | 61 in |
| Weight | 130 lb |
| Pulse | 83 bpm |
| Fundal Height | 33 cm |
| Fetal Heart Rate | 138 bpm |
| BMI | 24.56 |
| Blood pressure | 118/64 mmHg |

## SUBJECTIVE

PATIENT IS HERE FOR OB VISIT
- G[5] P[1]
- FINAL EDD: 6/2/23
- 1st Day of LMP: 8/26/22. Edd by lmp 6/2/23
- Dating US: 10/8/22, 6 wks --> 6wks3days
- Periods Regular: Y
- Pregnancy Planned/Wanted: N
- Father of Baby Involved: Y
- Emergency Contact :
- NICA information provided. Form signed and on file: Y
- Family Hx of Genetic Anomalies/ diseases/conditions: N
- Planning to Breastfeed: Y
- Hx of GBS + in prior pregnancy: unsure
- Hx of Genital Herpes or partner with Genital Herpes: N
- Blood Type/ AB Screen:

PREGNANCY STUDIES
- Natera/NIPT: declines, it's a boy
- Carrier Testing: sma carrier, fob testing declines
- Pap:
- OB1 Labs:
- OB1.5 Labs:
- OB2 Labs:

- Dating:
- Anatomy:
- Growth:
- GBS:

URINE CULTURES:
- OB1:
- OB2:
- GC/CT:

VACCINES
- Rhogam: if applicable
- COVID 19:
- TDAP:

COMPLICATIONS
- Hx of pltcs: desires vbac, initial pltcs for fetal distress.
- Hx of ptb, pprom at 35 wks, offered progestin on 2/20, which she declined
- Sma carrier: fob testing offered, will consider, will likely decline
- Noncompliance: as of 3/6/23 has not completed any labs and only had one US

------------------------------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------

- MA section:

- Other Concerns :

US Pregnancy Transvaginal
Reason For Exam
8 weeks preg abd pain N/V;Other (please specify)

============= REPORT=============
Exam: Early Pregnancy Ultrasound

History: 8 weeks pregnant, abdominal pain N/V.

Comparison: None.

Technique: Grayscale, color Doppler, and pulsed Doppler early pregnancy ultrasound images of the pelvis were obtained transabdominally.  Transvaginal ultrasound was performed for better evaluation of the early gestation and adnexa.

Findings:
Uterus:  8.1 x 4.5 x 6.8 cm.

Normal contour intrauterine gestational sac with no definite subchorionic hematoma. Single live intrauterine gestation with a crown-rump length of 0.35 cm corresponding to dates of six weeks and zero days. Fetal heart rate of 133 bpm. Normal yolk sac.

Right ovary: 3.7 x 2.4 x 3 cm. . There is a small corpus luteal cyst in the right ovary (1.5 x 1 cm). No follow-up imaging is recommended.
Left ovary: Not visualized due to adjacent bowel gas.
Normal color and pulsed Doppler flow to right ovary.

Small amount of pelvic free fluid.

Impression:
1.  Single live intrauterine gestation with estimated gestational age of  6 weeks and zero days.
2.  No evidence of subchorionic hemorrhage.

------------------------------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------

Medical History, including surgical, gyn and obstetric history reviewed and in Summary
------------------------------------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------

MD section:

3/2/23: Patient seen today 27w2d gestation based off her LMP. Has not completed any bloodwork or provided urine samples that standard of care for pregnancy and only had one US in February. Reiterated to patient the importance of appropriate antenatal care to optimize out come for fetus and maternal health. Pt verbalized understanding, will try to complete this week. Third trimester education and counseling completed.

3/23/23: Pt reports increased pelvic pain, lower back pain, and increased nausea. Was seen at Spring Hill Bravera yesterday for sx. Dc'd home after NST and receiving IV fluids. States she is still very uncomfortable- reports per Dr. Mateer plan is for antenatal testing to start at 32weeks and betamethasone at 34weeks d/t hx of preterm labor in the past. BPP Ultrasound performed.

4/4/23: gfm, labor precautions discussed

## OBJECTIVE

Routine OB exam.
General:  no acute distress; normal affect

HEENT: normocephalic, atraumatic
Neurological: alert and oriented x 4.  normal concentration and fund of knowledge
Respiratory: no Respiratory Distress
Abd: soft, non tender, gravid
Extremities: no deformities or grossly significant joint findings. No edema or cyanosis ; peripheral pulses intact.. BPP Ultrasound performed.

4/4 NST/BPP:

GA: 31/4
BPP Score: 8/8.
Fetal presentation: cephalic.
Fundal placenta Grade 0.
AFI: 19 cm.

NST COMPLETED & READ IN OFFICE
Indication: h/o PTL
LMP: 8/26/22
EDD: 6/2/23
GA Today: 31/4
Time On: 13:09
Time Off: 13:33
Base Line: 145
Variability: Moderate
Acceleration: Yes
Deceleration: No
Interpretation: Cat 1 Reactive
Plan: RTC weekly

## ASSESSMENT

Iup, final edd 6/2/23

NST/BPP

Diagnoses attached to this encounter:

- Supervision of high risk pregnancy, unspecified, unspecified trimester [ICD-10: O09.90], [ICD-9: V23.9], [SNOMED: 47200007]

  Supervision of pregnancy with insufficient antenatal care, unspecified trimester [ICD-10: O09.30], [ICD-9: V23.7], [SNOMED: 1031000119109]

Maternal care for low transverse scar from previous cesarean delivery [ICD-10: O34.211], [ICD-9: 654.21], [ICD-9: 654.23], [SNOMED: 31821006]

Supervision of pregnancy with other poor obstetric history, third trimester [ICD-10: O09.293], [ICD-9: V23.49], [ICD-9: V23.5], [SNOMED: 47200007]

## PLAN

Follow up in two weeks, sooner if needed.

---

## Quality of care

Was diagnosis reconciliation completed?
**Yes, reconciliation performed**

Was medication allergy reconciliation completed?
**Yes, reconciliation performed**

Was medication reconciliation completed?
**Yes, reconciliation performed**

Documentation of current medications

Patient declined to receive clinical summary

25. CA - 794

# **EXHIBIT D**

- medical Records - High risk
- Hyperemesis Gravidarum (
- Multiple ER Doctor visits
- weight loss, Fluids,
- on going treatment
- decreased Fetal movement

Further records indicating
Fmla was needed & i was
protected.

18 pages

PATIENT
**Victoria Sims**

| | |
|---|---|
| DOB | ▮▮▮▮ |
| AGE | 25 yrs |
| SEX | Female |
| PRN | ▮▮▮▮ |

FACILITY
**Erin Mateer OB GYN**
T (352) 653-1101
F (855) 919-6122
8172 Chaucer Drive
Spring Hill, FL 34607

ENCOUNTER
**Office Visit**

| | |
|---|---|
| NOTE TYPE | SOAP Note |
| SEEN BY | Erin Mateer MD |
| DATE | 04/28/2023 |
| AGE AT DOS | 23 yrs |

Electronically signed by Erin Mateer MD at 05/03/2023 05:40 pm

## Chief complaint

Patient is here for: ROB

G[5] P[ 1]
FINAL EDD: 6/2/23
LMP: 8/26/22
GA: 35/0
NEEDS: GBS

| Vitals for this encounter | |
|---|---|
| | 04/28/23<br>9:18 AM |
| Height | 61 in |
| Weight | 132 lb |
| Pulse | 85 bpm |
| BMI | 24.94 |
| Blood pressure | 105/60 mmHg |

## SUBJECTIVE

PATIENT IS HERE FOR OB VISIT
- G[5] P[1]
- FINAL EDD: 6/2/23
- 1st Day of LMP: 8/26/22. Edd by lmp 6/2/23
- Dating US: 10/8/22, 6 wks --> 6wks3days
- Periods Regular: Y
- Pregnancy Planned/Wanted: N
- Father of Baby Involved: Y
- Emergency Contact : Yvenson avbourg, 813-562-9376
- NICA information provided. Form signed and on file: Y
- Family Hx of Genetic Anomalies/ diseases/conditions: N
- Planning to Breastfeed: Y
- Hx of GBS + in prior pregnancy: unsure
- Hx of Genital Herpes or partner with Genital Herpes: N
- Blood Type/ AB Screen:
PREGNANCY STUDIES
- Natera/NIPT: declines, it's a boy
- Carrier Testing: sma carrier, fob testing declines
- Pap:
- OB1 Labs:
- OB1.5 Labs:
- OB2 Labs:
- Dating: x
- Anatomy: x
- Growth:

- GBS:
URINE CULTURES:
- OB1:
- OB2:
- GC/CT:
VACCINES
- Rhogam: if applicable
- COVID 19:
- TDAP:
COMPLICATIONS
- Hx of pltcs: desires vbac, initial pltcs for fetal distress.
- Hx of ptb, pprom at 35 wks, offered progestin on 2/20, which she declined
- Sma carrier: fob testing offered, will consider, will likely decline
- Noncompliance: as of 3/6/23 has not completed any labs and only had one US
- Betamethasone at 35weeks
--------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------
- MA section:

- Other Concerns :
US Pregnancy Transvaginal
Reason For Exam
8 weeks preg abd pain N/V;Other (please specify)

============= REPORT=============
Exam: Early Pregnancy Ultrasound

History: 8 weeks pregnant, abdominal pain N/V.

Comparison: None.

Technique: Grayscale, color Doppler, and pulsed Doppler early pregnancy ultrasound images of the pelvis were obtained transabdominally. Transvaginal ultrasound was performed for better evaluation of the early gestation and adnexa.

Findings:
Uterus:  8.1 x 4.5 x 6.8 cm.

Normal contour intrauterine gestational sac with no definite subchorionic hematoma. Single live intrauterine gestation with a crown-rump length of 0.35 cm corresponding to dates of six weeks and zero days. Fetal heart rate of 133 bpm. Normal yolk sac.

Right ovary: 3.7 x 2.4 x 3 cm. . There is a small corpus luteal cyst in the right ovary (1.5 x 1 cm). No follow-up imaging is recommended.
Left ovary: Not visualized due to adjacent bowel gas.
Normal color and pulsed Doppler flow to right ovary.

Small amount of pelvic free fluid.

Impression:
1.  Single live intrauterine gestation with estimated gestational age of  6 weeks and zero days.
2.  No evidence of subchorionic hemorrhage.


--------------------------------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------
Medical History, including surgical, gyn and obstetric history reviewed and in Summary
--------------------------------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------

MD section:

3/2/23: Patient seen today 27w2d gestation based off her LMP. Has not completed any bloodwork or provided urine samples that standard of care for pregnancy and only had one US in February. Reiterated to patient the importance of appropriate antenatal care to optimize out come for fetus and maternal health. Pt verbalized understanding, will try to complete this week. Third trimester education and counseling completed.

3/23/23: Pt reports increased pelvic pain, lower back pain, and increased nausea. Was seen at Spring Hill Bravera yesterday for sx. Dc'd home after NST and receiving IV fluids. States she is still very uncomfortable- reports per Dr. Mateer plan is for antenatal testing to start at 32weeks and betamethasone at 34weeks d/t hx of preterm labor in the past. BPP Ultrasound performed.

4/20/23: Pt seen in office for ROB appointment. Was seen at Bravera L&D on 4/13, 4/16/ and 4/18 for uti sx, worsening HEG symptoms with dehydration and possible rupture of membranes on 4/18. ROM Plus swab negative. BPP's 8/8. Received IV and continues PO antibiotics. C/o thick, clumping vaginal discharge. On exam thick white discharge clumped at vaginal opening and hugging sides of canal. pH 5. Wet prep completed: +yeast seen. No trich, sperm, or clue cells. Dry swab no ferning seen. Prescribed diflucan. Ordered for US to be completed at hospital with cervical length as it was previously scheduled in office.

4/28/23 Pt her For ROB 35w0d. Pt reports decreased fetal movement and contractions that are every 4-5min. NST performed. Pt sent to Bravera for decreased fetal movement, labor PTL check, BPP, Growth, and Pre-natal lab work due to noncompliance.

## OBJECTIVE

General: no acute distress; normal affect
HEENT: normocephalic, atraumaticNeurological:
Mental status to conversation: Normal orientation, memory, concentration, language, fund of knowledge
Lungs: no respiratory distress
Abdomen: Gravid

## ASSESSMENT

Iup, final edd 6/2/23

NST COMPLETED & READ IN OFFICE
Indication: h/o PTL
LMP: 8/26/22
EDD: 6/2/23
GA Today: 35/0
Time On: 7:10
Time Off: 7:34
Base Line: 130
Variability: Minimal
Acceleration: No
Deceleration: No
Interpretation: Cat II
Plan: Send to L&D for monitoring

## PLAN

Pt sent to Bravera for decreased fetal movement, NST, BPP, Growth, rule out PTL, and Pre-natal lab work due to noncompliance.

## Quality of care

Was diagnosis reconciliation completed?
**Yes, reconciliation performed**

Was medication allergy reconciliation completed?
**Yes, reconciliation performed**

Was medication reconciliation completed?

Case 8:25-cv-02451-WFJ-TGW    Document 1-1    Filed 09/11/25    Page 51 of 93 PageID 56

| PATIENT | FACILITY | ENCOUNTER | |
|---|---|---|---|
| **Victoria Sims** | **Erin Mateer OB GYN** | Office Visit | |
| DOB | T (352) 653-1101 | NOTE TYPE | SOAP Note |
| AGE  25 yrs | F (855) 919-6122 | SEEN BY | Elizabeth Ballester |
| SEX  Female | 8172 Chaucer Drive | | MSN FNP |
| PRN | Spring Hill, FL 34607 | DATE | 05/04/2023 |
| | | AGE AT DOS | 23 yrs |

PATIENT: Victoria Sims

FACILITY: Erin Mateer OB GYN

ENCOUNTER: Office Visit

NOTE TYPE: SOAP Note
SEEN BY: Elizabeth Ballester MSN FNP
DATE: 05/04/2023
AGE AT DOS: 23 yrs
Electronically signed by Elizabeth Ballester MSN FNP at 05/11/2023 10:51 pm

## Chief complaint

Patient is here for: ROB ; NST

G[5 ] P[ 1]
FINAL EDD: 6/2/23
LMP: 8/26/22
GA: 35/6

| Vitals for this encounter | |
|---|---|
| | **05/04/23**<br>**3:28 PM** |
| Height | 61 in |
| Weight | 132 lb |
| Pulse | 93 bpm |
| Fundal Height | 36 cm |
| Fetal Heart Rate | 135 bpm |
| BMI | 24.94 |
| Blood pressure | 113/81 mmHg |

## SUBJECTIVE

PATIENT IS HERE FOR OB VISIT
- G[5] P[1]
- FINAL EDD: 6/2/23
- 1st Day of LMP: 8/26/22. Edd by lmp 6/2/23
- Dating US: 10/8/22, 6 wks --> 6wks3days
- Periods Regular: Y
- Pregnancy Planned/Wanted: N
- Father of Baby Involved: Y
- Emergency Contact : Yvenson avbourg, 813-562-9376
- NICA information provided. Form signed and on file: Y
- Family Hx of Genetic Anomalies/ diseases/conditions: N
- Planning to Breastfeed: Y
- Hx of GBS + in prior pregnancy: unsure
- Hx of Genital Herpes or partner with Genital Herpes: N
- Blood Type/ AB Screen:

PREGNANCY STUDIES
- Natera/NIPT: declines, it's a boy
- Carrier Testing: sma carrier, fob testing declines
- Pap:
- OB1 Labs:
- OB1.5 Labs:

- OB2 Labs:
  - Dating: x
  - Anatomy: x
  - Growth:
  - GBS: x

URINE CULTURES:
  - OB1:
  - OB2:
  - GC/CT:

VACCINES
  - Rhogam: if applicable
  - COVID 19:
  - TDAP:

COMPLICATIONS
  - Hx of pltcs: desires vbac, initial pltcs for fetal distress.
  - Hx of ptb, pprom at 35 wks, offered progestin on 2/20, which she declined
  - Sma carrier: fob testing offered, will consider, will likely decline
  - Noncompliance: as of 3/6/23 has not completed any labs and only had one US
  - Betamethasone at 35weeks

----------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------

- MA section:

- Other Concerns :

US Pregnancy Transvaginal
Reason For Exam
8 weeks preg abd pain N/V;Other (please specify)

============== REPORT=============
Exam: Early Pregnancy Ultrasound

History: 8 weeks pregnant, abdominal pain N/V.

Comparison: None.

Technique: Grayscale, color Doppler, and pulsed Doppler early pregnancy ultrasound images of the pelvis were obtained transabdominally. Transvaginal ultrasound was performed for better evaluation of the early gestation and adnexa.

Findings:
Uterus: 8.1 x 4.5 x 6.8 cm.

Normal contour intrauterine gestational sac with no definite subchorionic hematoma. Single live intrauterine gestation with a crown-rump length of 0.35 cm corresponding to dates of six weeks and zero days. Fetal heart rate of 133 bpm. Normal yolk sac.

Right ovary: 3.7 x 2.4 x 3 cm. . There is a small corpus luteal cyst in the right ovary (1.5 x 1 cm). No follow-up imaging is recommended.
Left ovary: Not visualized due to adjacent bowel gas.
Normal color and pulsed Doppler flow to right ovary.

Small amount of pelvic free fluid.

Impression:
1. Single live intrauterine gestation with estimated gestational age of 6 weeks and zero days.
2. No evidence of subchorionic hemorrhage.

----------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------

Medical History, including surgical, gyn and obstetric history reviewed and in Summary

-------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------

MD section:

3/2/23: Patient seen today 27w2d gestation based off her LMP. Has not completed any bloodwork or provided urine samples that standard of care for pregnancy and only had one US in February. Reiterated to patient the importance of appropriate antenatal care to optimize out come for fetus and maternal health. Pt verbalized understanding, will try to complete this week. Third trimester education and counseling completed.

3/23/23: Pt reports increased pelvic pain, lower back pain, and increased nausea. Was seen at Spring Hill Bravera yesterday for sx. Dc'd home after NST and receiving IV fluids. States she is still very uncomfortable- reports per Dr. Mateer plan is for antenatal testing to start at 32weeks and betamethasone at 34weeks d/t hx of preterm labor in the past. BPP Ultrasound performed.

4/20/23: Pt seen in office for ROB appointment. Was seen at Bravera L&D on 4/13, 4/16/ and 4/18 for uti sx, worsening HEG symptoms with dehydration and possible rupture of membranes on 4/18. ROM Plus swab negative. BPP's 8/8. Received IV and continues PO antibiotics. C/o thick, clumping vaginal discharge. On exam thick white discharge clumped at vaginal opening and hugging sides of canal. pH 5. Wet prep completed: +yeast seen. No trich, sperm, or clue cells. Dry swab no ferning seen. Prescribed diflucan. Ordered for US to be completed at hospital with cervical length as it was previously scheduled in office.

4/28/23 Pt her For ROB 35w0d. Pt reports decreased fetal movement and contractions that are every 4-5min. NST performed. Pt sent to Bravera for decreased fetal movement, labor PTL check, BPP, Growth, and Pre-natal lab work due to noncompliance.

5/4/23: Patient seen for ROB appointment, reports increased pain and frequent contractions. NST completed- report attached. GBS swab obtained and sent.

## OBJECTIVE

General:  no acute distress; normal affect

HEENT: normocephalic, atraumatic

Neurological: alert and oriented x 4.  normal concentration and fund of knowledge

Respiratory: no Respiratory Distress

Abd: soft, non tender, gravid

Extremities: no deformities or grossly significant joint findings. No edema or cyanosis ; peripheral pulses intact

## ASSESSMENT

Iup, final edd 6/2/23

NST COMPLETED & READ IN OFFICE
Indication: h/o PTL
LMP: 8/26/22
EDD: 6/2/23
GA Today: 35/6
Time On: 13:00
Time Off: 13:44
Base Line: 135
Variability: Moderate
Acceleration: Yes
Deceleration: No
Interpretation: Cat I
Plan:  RTC weekly

## PLAN

GBS sent

SIMS, Victoria A DOB: ███████ (25 yo F) Acc No. ███████

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 609204004 | Other specified disorders of amniotic fluid and membranes, first trimester, not applicable or unspecified (O41.8X10) | | Active | confirmed | | |
| Problem | 34842007 | Other antepartum hemorrhage, first trimester (O46.8X1) | | Active | confirmed | | |
| Problem | 72892002 | Encounter for supervision of normal first pregnancy, first trimester (Z34.01) | | Active | confirmed | | |
| Problem | 80182007 | Irregular periods (N92.6) | | Active | confirmed | | |
| Problem | 305058001 | Encounter for routine gynecological examination with Papanicolaou smear of cervix (Z01.419) | | Active | confirmed | | |
| Problem | 16932000 | Nausea/vomiting in pregnancy (O21.9) | | Active | confirmed | | |
| Problem | 609415007 | Suspected fetal abnormality affecting management of mother, antepartum, single or unspecified fetus (O35.9XX0) | | Active | confirmed | | |
| Problem | 169255008 | Abnormal ultrasound (R93.89) | | Active | confirmed | | |

## Vital Signs

| | | |
|---|---|---|
| **Height** | 61 in | 02/13/2023 |
| **Weight** | 122 lbs | 02/13/2023 |
| **BMI** | 23.052 kg/m2 | 02/13/2023 |
| **Blood pressure systolic** | 98 mm Hg | 02/13/2023 |

| PATIENT | FACILITY | ENCOUNTER |
|---|---|---|
| **Victoria Sims** | **Erin Mateer OB GYN** | **Office Visit** |

**PATIENT**
**Victoria Sims**
DOB: ▮▮▮▮▮▮
AGE: 25 yrs
SEX: Female
PRN: ▮▮▮▮▮▮

**FACILITY**
**Erin Mateer OB GYN**
T (352) 653-1101
F (855) 919-6122
8172 Chaucer Drive
Spring Hill, FL 34607

**ENCOUNTER**
**Office Visit**
NOTE TYPE       SOAP Note
SEEN BY         Elizabeth Ballester
                MSN FNP
DATE            03/23/2023
AGE AT DOS      23 yrs
Electronically signed by Elizabeth
Ballester MSN FNP at 03/27/2023 10:21
am

## Chief complaint

Patient is here for ROB
EDD:       6/2/23      Gestational Age:  29/6
G: 5 P: 1   LMP: 8/26/22 —> edd 6/2/23 by lmp
edd per us : 5/29/23

** need final EDD**

| Vitals for this encounter | |
|---|---|
| | 03/23/23 3:15 PM |
| Height | 61 in |
| Weight | 127 lb |
| Pulse | 94 bpm |
| Fundal Height | 31 cm |
| Fetal Heart Rate | 148 bpm |
| BMI | 24 |
| Blood pressure | 120/70 mmHg |

## SUBJECTIVE

PATIENT IS HERE FOR OB VISIT
- G[5] P[1]
- FINAL EDD: not yet available
- 1st Day of LMP: 8/26/22. Edd by lmp 6/2/23
- Dating US: date, GA --> EDD by FTUS
- Periods Regular: Y
- Pregnancy Planned/Wanted: N
- Father of Baby Involved: Y
- Emergency Contact :
- NICA information provided. Form signed and on file: Y
- Family Hx of Genetic Anomalies/ diseases/conditions: N
- Planning to Breastfeed: Y
- Hx of GBS + in prior pregnancy: unsure
- Hx of Genital Herpes or partner with Genital Herpes: N
- Blood Type/ AB Screen:
PREGNANCY STUDIES
- Natera/NIPT: declines, it's a boy
- Carrier Testing:
- Pap:
- OB1 Labs:
- OB1.5 Labs:

Supervision of pregnancy with insufficient antenatal care, unspecified trimester [ICD-10: O09.30], [ICD-9: V23.7], [SNOMED: 1031000119109]

Supervision of high risk pregnancy, unspecified, unspecified trimester [ICD-10: O09.90], [ICD-9: V23.9], [SNOMED: 47200007]

➥ History of preterm delivery [ICD-10: Z87.51], [ICD-9: V23.41], [SNOMED: 161765003]

Non-compliance [ICD-10: Z91.199], [ICD-9: V15.81], [SNOMED: 7058009]

## PLAN

Follow up in two weeks, sooner if needed.

## Quality of care

Was diagnosis reconciliation completed?
**Yes, reconciliation performed**

Was medication allergy reconciliation completed?
**Yes, reconciliation performed**

Was medication reconciliation completed?
**Yes, reconciliation performed**

Documentation of current medications

Patient declined to receive clinical summary

| PATIENT | FACILITY | ENCOUNTER | |
|---|---|---|---|
| **Victoria Sims** | **Erin Mateer OB GYN** | **Office Visit** | |
| DOB | T (352) 653-1101 | NOTE TYPE | SOAP Note |
| AGE 25 yrs | F (855) 919-6122 | SEEN BY | Elizabeth Ballester |
| SEX Female | 8172 Chaucer Drive | | MSN FNP |
| PRN | Spring Hill, FL 34607 | DATE | 05/11/2023 |
| | | AGE AT DOS | 23 yrs |

Electronically signed by Elizabeth
Ballester MSN FNP at 05/11/2023 10:56
pm

### Chief complaint

Patient is here for: ROB

G[5 ] P[ 1]
FINAL EDD: 6/2/23
LMP: 8/26/22
GA: 36/6

| Vitals for this encounter | |
|---|---|
| | 05/11/23 10:01 AM |
| Height | 61 in |
| Weight | 137 lb |
| Pulse | 81 bpm |
| Fundal Height | 37 cm |
| Fetal Heart Rate | 142 bpm |
| BMI | 25.89 |
| Blood pressure | 114/73 mmHg |

### SUBJECTIVE

PATIENT IS HERE FOR OB VISIT
- G[5] P[1]
- FINAL EDD: 6/2/23
- 1st Day of LMP: 8/26/22. Edd by lmp 6/2/23
- Dating US: 10/8/22, 6 wks --> 6wks3days
- Periods Regular: Y
- Pregnancy Planned/Wanted: N
- Father of Baby Involved: Y
- Emergency Contact : Yvenson avbourg, 813-562-9376
- NICA information provided. Form signed and on file: Y
- Family Hx of Genetic Anomalies/ diseases/conditions: N
- Planning to Breastfeed: Y
- Hx of GBS + in prior pregnancy: unsure
- Hx of Genital Herpes or partner with Genital Herpes: N
- Blood Type/ AB Screen:
PREGNANCY STUDIES
- Natera/NIPT: declines, it's a boy
- Carrier Testing: sma carrier, fob testing declines
- Pap:
- OB1 Labs:
- OB1.5 Labs:

- OB2 Labs:
- Dating: x
- Anatomy: x
- Growth:
- GBS: x

URINE CULTURES:
- OB1:
- OB2:
- GC/CT:

VACCINES
- Rhogam: if applicable
- COVID 19:
- TDAP:

COMPLICATIONS
- Hx of pltcs: desires vbac, initial pltcs for fetal distress.
- Hx of ptb, pprom at 35 wks, offered progestin on 2/20, which she declined
- Sma carrier: fob testing offered, will consider, will likely decline
- Noncompliance: as of 3/6/23 has not completed any labs and only had one US
- Betamethasone at 35weeks

---------------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------

- MA section:

- Other Concerns :

US Pregnancy Transvaginal
Reason For Exam
8 weeks preg abd pain N/V;Other (please specify)

============ REPORT============
Exam: Early Pregnancy Ultrasound

History: 8 weeks pregnant, abdominal pain N/V.

Comparison: None.

Technique: Grayscale, color Doppler, and pulsed Doppler early pregnancy ultrasound images of the pelvis were obtained transabdominally.  Transvaginal ultrasound was performed for better evaluation of the early gestation and adnexa.

Findings:
Uterus:  8.1 x 4.5 x 6.8 cm.

Normal contour intrauterine gestational sac with no definite subchorionic hematoma. Single live intrauterine gestation with a crown-rump length of 0.35 cm corresponding to dates of six weeks and zero days. Fetal heart rate of 133 bpm. Normal yolk sac.

Right ovary: 3.7 x 2.4 x 3 cm. . There is a small corpus luteal cyst in the right ovary (1.5 x 1 cm). No follow-up imaging is recommended.
Left ovary: Not visualized due to adjacent bowel gas.
Normal color and pulsed Doppler flow to right ovary.

Small amount of pelvic free fluid.

Impression:
1.  Single live intrauterine gestation with estimated gestational age of  6 weeks and zero days.
2.  No evidence of subchorionic hemorrhage.

---------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------

Medical History, including surgical, gyn and obstetric history reviewed and in Summary

---------------------------------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------------

MD section:

3/2/23: Patient seen today 27w2d gestation based off her LMP. Has not completed any bloodwork or provided urine samples that standard of care for pregnancy and only had one US in February. Reiterated to patient the importance of appropriate antenatal care to optimize out come for fetus and maternal health. Pt verbalized understanding, will try to complete this week. Third trimester education and counseling completed.

3/23/23: Pt reports increased pelvic pain, lower back pain, and increased nausea. Was seen at Spring Hill Bravera yesterday for sx. Dc'd home after NST and receiving IV fluids. States she is still very uncomfortable- reports per Dr. Mateer plan is for antenatal testing to start at 32weeks and betamethasone at 34weeks d/t hx of preterm labor in the past. BPP Ultrasound performed.

4/20/23: Pt seen in office for ROB appointment. Was seen at Bravera L&D on 4/13, 4/16/ and 4/18 for uti sx, worsening HEG symptoms with dehydration and possible rupture of membranes on 4/18. ROM Plus swab negative. BPP's 8/8. Received IV and continues PO antibiotics. C/o thick, clumping vaginal discharge. On exam thick white discharge clumped at vaginal opening and hugging sides of canal. pH 5. Wet prep completed: +yeast seen. No trich, sperm, or clue cells. Dry swab no ferning seen. Prescribed diflucan. Ordered for US to be completed at hospital with cervical length as it was previously scheduled in office.

4/28/23 Pt her For ROB 35w0d. Pt reports decreased fetal movement and contractions that are every 4-5min. NST performed. Pt sent to Bravera for decreased fetal movement, labor PTL check, BPP, Growth, and Pre-natal lab work due to noncompliance.

5/4/23: Patient seen for ROB appointment, reports increased pain and frequent contractions. NST completed- report attached. GBS swab obtained and sent.

5/11/23: Patient admitted overnight for possible preterm labor Sunday. Refused terbutaline. Completed betamethasone x 2. Voiced concerns for ability to vbac- states she is considering rltcs.

**OBJECTIVE**

General:  no acute distress; normal affect

HEENT: normocephalic, atraumatic
Neurological: alert and oriented x 4.  normal concentration and fund of knowledge
Respiratory: no Respiratory Distress
Abd: soft, non tender, gravid
Extremities: no deformities or grossly significant joint findings. No edema or cyanosis ; peripheral pulses intact..

**ASSESSMENT**

Iup, final edd 6/2/23

Diagnoses attached to this encounter:

Maternal care for low transverse scar from previous cesarean delivery [ICD-10: O34.211], [ICD-9: 654.21], [ICD-9: 654.23], [SNOMED: 31821006]

Supervision of pregnancy with insufficient antenatal care, unspecified trimester [ICD-10: O09.30], [ICD-9: V23.7], [SNOMED: 1031000119109]

Non-compliance [ICD-10: Z91.199], [ICD-9: V15.81], [SNOMED: 7058009]

Supervision of high risk pregnancy, unspecified, unspecified trimester [ICD-10: O09.90], [ICD-9: V23.9], [SNOMED: 47200007]

History of preterm delivery [ICD-10: Z87.51], [ICD-9: V23.41], [SNOMED: 161765003]

Multiple budding yeast detected [ICD-10: R89.5], [SNOMED: 769110001]

Vaginitis [ICD-10: N76.0], [ICD-9: 616.11], [SNOMED: 30800001]

## Diagnoses

| Current | ACUITY | START | STOP |
|---|---|---|---|
| (O34.211) Maternal care for low transverse scar from previous cesarean delivery | | | |
| (O09.30) Supervision of pregnancy with insufficient antenatal care, unspecified trimester | | | |
| (Z91.199) Patient's noncompliance with other medical treatment and regimen due to unspecified reason | | | |
| (O09.90) Supervision of high risk pregnancy, unspecified, unspecified trimester | | | |
| (Z87.51) Personal history of pre-term labor | | | |
| (R89.5) Abnormal microbiological findings in specimens from other organs, systems and tissues | | | |
| (N76.0) Acute vaginitis | | | |
| (O09.293) Supervision of pregnancy with other poor reproductive or obstetric history, third trimester | | | |
| (F53.0) Postpartum depression | Acute | | |
| (F41.9) Anxiety disorder, unspecified | | | |
| (F32.A) Depression, unspecified | | | |

| Historical | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Patient has no known drug allergies | | |

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

Case 8:25-cv-02451-WFJ-TGW Document 1-1 Filed 09/11/25 Page 61 of 93 PageID 66

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Victoria Sims** | | **Erin Mateer OB GYN** | **Office Visit** | |
| DOB | ████ | T (352) 653-1101 | NOTE TYPE | SOAP Note |
| AGE | 25 yrs | F (855) 919-6122 | SEEN BY | Elizabeth Ballester |
| SEX | Female | 8172 Chaucer Drive | | MSN FNP |
| PRN | ████ | Spring Hill, FL 34607 | DATE | 04/20/2023 |
| | | | AGE AT DOS | 23 yrs |

Electronically signed by Elizabeth Ballester MSN FNP at 04/20/2023 12:25 pm

### Chief complaint

Patient is here for: ROB

G[5 ] P[ 1]
FINAL EDD: 6/2/23
LMP: 8/26/22
GA: 33/6

### Vitals for this encounter

| | 04/20/23 11:18 AM |
|---|---|
| Height | 61 in |
| Weight | 132 lb |
| Pulse | 83 bpm |
| Fundal Height | 34 cm |
| Fetal Heart Rate | 140 bpm |
| BMI | 24.94 |
| Blood pressure | 107/65 mmHg |

### SUBJECTIVE

PATIENT IS HERE FOR OB VISIT

- G[5] P[1]
- FINAL EDD: 6/2/23
- 1st Day of LMP: 8/26/22. Edd by lmp 6/2/23
- Dating US: 10/8/22, 6 wks --> 6wks3days
- Periods Regular: Y
- Pregnancy Planned/Wanted: N
- Father of Baby involved: Y
- Emergency Contact :
- NICA information provided. Form signed and on file: Y
- Family Hx of Genetic Anomalies/ diseases/conditions: N
- Planning to Breastfeed: Y
- Hx of GBS + in prior pregnancy: unsure
- Hx of Genital Herpes or partner with Genital Herpes: N
- Blood Type/ AB Screen:

PREGNANCY STUDIES
- Natera/NIPT: declines, it's a boy
- Carrier Testing: sma carrier, fob testing declines
- Pap:
- OB1 Labs:
- OB1.5 Labs:

- OB2 Labs:
- Dating:
- Anatomy:
- Growth:
- GBS:

URINE CULTURES:
- OB1:
- OB2:
- GC/CT:

VACCINES
- Rhogam: if applicable
- COVID 19:
- TDAP:

COMPLICATIONS
- Hx of pltcs: desires vbac, initial pltcs for fetal distress.
- Hx of ptb, pprom at 35 wks, offered progestin on 2/20, which she declined
- Sma carrier: fob testing offered, will consider, will likely decline
- Noncompliance: as of 3/6/23 has not completed any labs and only had one US
- Betamethasone at 35weeks

---------------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------

- MA section:

- Other Concerns :

US Pregnancy Transvaginal
Reason For Exam
8 weeks preg abd pain N/V;Other (please specify)


============= REPORT=============
Exam: Early Pregnancy Ultrasound

History: 8 weeks pregnant, abdominal pain N/V.

Comparison: None.

Technique: Grayscale, color Doppler, and pulsed Doppler early pregnancy ultrasound images of the pelvis were obtained
transabdominally.  Transvaginal ultrasound was performed for better evaluation of the early gestation and adnexa.

Findings:
Uterus:  8.1 x 4.5 x 6.8 cm.

Normal contour intrauterine gestational sac with no definite subchorionic hematoma. Single live intrauterine gestation with a crown-
rump length of 0.35 cm corresponding to dates of six weeks and zero days. Fetal heart rate of 133 bpm. Normal yolk sac.

Right ovary: 3.7 x 2.4 x 3 cm. . There is a small corpus luteal cyst in the right ovary (1.5 x 1 cm). No follow-up imaging is
recommended.
Left ovary: Not visualized due to adjacent bowel gas.
Normal color and pulsed Doppler flow to right ovary.

Small amount of pelvic free fluid.

Impression:
1.  Single live intrauterine gestation with estimated gestational age of  6 weeks and zero days.
2.  No evidence of subchorionic hemorrhage.


--------------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------

Medical History, including surgical, gyn and obstetric history reviewed and in Summary
------------------------------------------------------------------------------------------
------------------------------------------------------------------------

MD section:

3/2/23: Patient seen today 27w2d gestation based off her LMP. Has not completed any bloodwork or provided urine samples that standard of care for pregnancy and only had one US in February. Reiterated to patient the importance of appropriate antenatal care to optimize out come for fetus and maternal health. Pt verbalized understanding, will try to complete this week. Third trimester education and counseling completed.

3/23/23: Pt reports increased pelvic pain, lower back pain, and increased nausea. Was seen at Spring Hill Bravera yesterday for sx. Dc'd home after NST and receiving IV fluids. States she is still very uncomfortable- reports per Dr. Mateer plan is for antenatal testing to start at 32weeks and betamethasone at 34weeks d/t hx of preterm labor in the past. BPP Ultrasound performed.

4/20/23: Pt seen in office for ROB appointment. Was seen at Bravera L&D on 4/13, 4/16/ and 4/18 for uti sx, worsening HEG symptoms with dehydration and possible rupture of membranes on 4/18. ROM Plus swab negative. BPP's 8/8. Received IV and continues PO antibiotics. C/o thick, clumping vaginal discharge. On exam thick white discharge clumped at vaginal opening and hugging sides of canal. pH 5. Wet prep completed: +yeast seen. No trich, sperm, or clue cells. Dry swab no ferning seen. Prescribed diflucan. Ordered for US to be completed at hospital with cervical length as it was previously scheduled in office.

## OBJECTIVE

Routine OB exam.
General:  no acute distress; normal affect

HEENT: normocephalic, atraumatic
Neurological: alert and oriented x 4.  normal concentration and fund of knowledge
Respiratory: no Respiratory Distress
Abd: soft, non tender, gravid
Extremities: no deformities or grossly significant joint findings. No edema or cyanosis ; peripheral pulses intact.. BPP Ultrasound performed.

Vaginal wet mount performed. Qtip used to swab the inside of the vaginal, obtaining vaginal discharge and placed in a glass test tube. Using a dropper, gently mixed and remove some of the specimen from the tube and place one drop using a pipette on a clean microscope slide ad coverslip over the sample for examination..

## ASSESSMENT

Iup, final edd 6/2/23

Diagnoses attached to this encounter:

Maternal care for low transverse scar from previous cesarean delivery [ICD-10: O34.211], [ICD-9: 654.21], [ICD-9: 654.23], [SNOMED: 31821006]

Supervision of pregnancy with insufficient antenatal care, unspecified trimester [ICD-10: O09.30], [ICD-9: V23.7], [SNOMED: 1031000119109]

Non-compliance [ICD-10: Z91.199], [ICD-9: V15.81], [SNOMED: 7058009]

Supervision of high risk pregnancy, unspecified, unspecified trimester [ICD-10: O09.90], [ICD-9: V23.9], [SNOMED: 47200007]

History of preterm delivery [ICD-10: Z87.51], [ICD-9: V23.41], [SNOMED: 161765003]

Multiple budding yeast detected [ICD-10: R89.5], [SNOMED: 769110001]

Vaginitis [ICD-10: N76.0], [ICD-9: 616.11], [SNOMED: 30800001]

## PLAN

Diflucan prescribed
US ordered for cervical length
Betamethasone 35 weeks d/t history of previous pregnancy pprom

## Bravera Health Spring Hill

10461 Quality Dr
Spring Hill, FL 34609-

(352) 688-8200

| | | | |
|---|---|---|---|
| **Patient:** | **SIMS, VICTORIA** | Location: | FLSH OB; 4016; W |
| MRN: | ▮▮▮▮ | Attending: | MATEER,ERIN A MD |
| Account #: | ▮▮▮▮ | DOB/Sex: | ▮▮▮▮  Female |
| Adm Date: 4/28/2023 | | Service Code: OBP Obstetric Outpatient | |
| Primary Care: MATEER,ERIN A MD | | | |
| | | Copy to: | MATEER,ERIN A MD |

---

### *Ultrasound*

| Accession | Exam Date/Time | Exam | Ordering Physician | PATIENT AGE AT EXAM |
|---|---|---|---|---|
| 803-23-118-00184 | 4/28/2023 11:29 EDT | US Fetal Biophysical Profile w Non Str | MATEER,ERIN A MD | 23 years |

**Reason for Exam**
(US Fetal Biophysical Profile w Non Str) limited prenatal care, decreased fetal movment;Other (please specify)

**Report**
EXAMINATION:  US FETAL BIOPHYSICAL PROFILE WITH NON STRESS TEST, US PREGNANCY LIMITED

INDICATION:  Minimal prenatal care. Decreased fetal movement. Reported gestational age 35 weeks 0 days.

TECHNIQUE:  Limited obstetrical ultrasound biophysical profile and biometry.

COMPARISON:  4/20/2023.

FINDINGS:

Less intense fetus vertex presentation. Fetal heart rate measures 137 bpm.

Amniotic fluid index measures 13.0 cm which is within range of normal at this stage, and with deepest amniotic fluid pocket measuring 4.5 cm.

Biophysical profile score is 8/8.

Placenta is posterior in location, grade 2 and without obvious evidence of abruption. Cervix is not distinctly imaged.

Evaluation of fetal anatomy is limited at this later stage and anatomic survey was not performed. Fluid-filled stomach and urinary bladder, kidneys, and 4 chambered heart are noted.

Fetal biometry is as follows:

Biparietal diameter -- suboptimal due to low position of head, 8.9 cm, 35 weeks 6 days
Head circumference -- suboptimal due to low position of head, 31.5 cm, 35 weeks 3 days
Abdominal circumference -- 30.9 cm, 34 weeks 6 days
Femur length -- 6.9 cm, 35 weeks 2 days

---

| | | | |
|---|---|---|---|
| **Patient:** | **SIMS, VICTORIA** | Location: | FLSH OB; 4016; W |
| MRN: | ▉ | Attending: | MATEER,ERIN A MD |
| Account #: | ▉ | DOB/Sex: | ▉ Female |
| Adm Date: | 4/28/2023 | Service Code: | OBP Obstetric Outpatient |
| Primary Care: | MATEER,ERIN A MD | | |
| | | Copy to: | MATEER,ERIN A MD |

---

## *Ultrasound*

**Report**

Estimated fetal weight is 2603 g +/- 390 g with EFW Hadlock 51%.

Maternal ovaries were not imaged.


IMPRESSION:

1. Live singleton fetus vertex presentation, now at 35 weeks, 3 days in size based on limited composite biometry as described (EFW Hadlock 51%).

2. Biophysical profile score is 8/8.

3. Amniotic fluid index measures 13.0 cm.

Electronically signed by:  James Grim MD  4/28/2023 10:43 AM CDT Workstation: 108-1038

\*\*\*\*\* Final \*\*\*\*\*



Signed by:   GRIM, JAMES   MD
Signed ( Electronic Signature):   04/28/2023 11:45 am EDT

---

**Patient: SIMS, VICTORIA**
Print Date/Time:        4/28/2023 10:45 CDT
Report Request ID:   ▉

Attending:   MATEER,ERIN A MD
MRN:   ▉
Page 2 of 2

25.CA794

FILED FOR RECORD
2025 CLERK OF...
HERNANDO COUNTY, FL
2025 AUG 11 PM 1:31

# EXHIBIT E

- Emails
- Paystubs showing never
     paid for any leaves untill
                    Terminated
- Retaliation argument

- Request for Production?
     Records of enforcement

- Email details of the leave
   i did not approve of.
    sent to me by target
     Rep 8-11-2025 at 10:26am
                printed 11:07

10 pages
18 mes

# RETALIATION ARGUMENT (WITH EXHIBIT E - HR EMAILS)

On or around October 19, 2022, I submitted a formal concern to Target's HR Integrity Hotline regarding workplace issues at the Brooksville (T2489) location. This report was confirmed via email by a representative named Caden, who acknowledged the issue and opened an investigation (Case #2022-10-20174). I also responded with my phone number for contact, as requested. (See Exhibit E) Shortly thereafter, on October 26, 2022, I was placed on an unrequested and unauthorized medical leave coded as "employee medical condition" by Karen Phillippy, a member of Target HR management. At that time: - I had no diagnosed medical condition. - I had not submitted any leave request. - I was unaware of my pregnancy, which was not confirmed until later. - No FMLA form or provider documentation existed to justify the leave. I did not consent to being placed on leave, nor was I notified in writing of any medical-related status change. This unauthorized leave appears to have been submitted in retaliation for my HR complaint, designed to remove me from the workplace and begin constructing a false paper trail suggesting ongoing medical issues or leave abuse. This retaliation had lasting consequences: - My future FMLA request (March 2023) was delayed and mishandled due to this earlier false leave. - I was later denied payment for valid FMLA leave approved by my provider. - I was wrongfully terminated despite being under protected medical care for a high-risk pregnancy. This timeline and pattern of behavior directly show retaliation and interference with protected rights under the: - Family and Medical Leave Act (FMLA), - Pregnancy Discrimination Act, and - Title VII of the Civil Rights Act.

EXHIBIT E - EMAIL CHAIN WITH TARGET HR HOTLINE - Email sent to HR.Hotline@target.com on 10/19/2022 reporting workplace concerns. - Target's internal investigations team acknowledged receipt and opened a formal case (#2022-10-20174). - Within 7 days, I was forcibly placed on leave under false pretenses. - No valid medical paperwork or diagnosis supported the leave at that time.

All details confirmed via phone i was placed on a leave Oct 26 2022 - November 15 2022 for "Employee health condition after being made to work with "Mark" my leaves were denied due to me not having nothing or paperwork to give during this time frame

8/8/25, 2:03 PM
Case 8:25-cv-02451-WFJ-TGW    Document 1-1    Filed 09/11/25    Page 68 of 93 PageID 73
277,521 unread - victoriaalexis1208@yahoo.com - Yahoo Mail

# Message Received

 **HR.Hotline**                    10/19/22  
To: Me ⌄

Your concerns have been received by the Target Headquarters Employee Relations and Integrity team.  Email is reviewed within 24 hours of receipt Monday – Friday between the hours of 8am -5pm CST.  If you need to report an urgent concern please call 1-800-541-6838.

# Message Received

 **HR.Hotline**                                10/19/22 

To: Me ∨

Your concerns have been received by the Target Headquarters Employee Relations and Integrity team   Email is reviewed within 24 hours of receipt Monday – Friday between the hours of 8am -5pm CST.  If you need to report an urgent concern please call 1-800-541-6838.

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | | YTD | Description | Amount | YTD |
| Emergency Leave | | | | | | 1,892.30 | OASDI | 0.00 | 1,163.39 |
| Hol Prem | | | | | | 478.15 | Medicare | 0.00 | 272.08 |
| Overtime | | | | | | 3.88 | Federal Withholding | | 1,591.52 |
| Regular | | | | | | 16,111.14 | | | |
| Temp Pay Differential | | | | | | 15.98 | | | |
| Vacation | | | | | | 282.94 | | | |
| | | | | | | | Employee Taxes | 0.00 | 3,028.99 |
| Earnings | | | | | | 18,764.35 | | | |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| | | | LTD | | 12.71 |
| Total | 0.00 | 0.00 | Total | 0.00 | 12.71 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single | | Description | Amount | YTD |
| Allowances | 0 | 0 | OASDI | 0.00 | 18,764.35 |
| Additional Withholding | 0 | | Medicare | 0.00 | 18,764.35 |
| | | | Federal Withholding | 0.00 | 18,764.35 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Emergency Time Off | 0.00 | 0.00 | 6.00 |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 7.00 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| | | | 051493928 | 0.00 USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Victoria Sims | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | ▮▮▮▮▮▮ | Check Date: | 01/13/2023 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 12/25/2022 | Curr Tot Hrs Worked: 0 | | Average Hours: | 30.56 | |
| Pay Period End: | 01/07/2023 | Total Hours YTD: | 0 | | | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| | | | | | | | | |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| | | | | | | |
| Total | | 0.00 | 0.00 | Total | 0.00 | 0.00 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single | | Description | Amount | YTD |
| Allowances | 0 | 0 | | | |
| Additional Withholding | 0 | | | | |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Emergency Time Off | 0.00 | 0.00 | 6.00 |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 7.00 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount | |
| | | | 052596416 | 0.00 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Victoria Sims | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | | Check Date: | 01/27/2023 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 01/08/2023 | Curr Tot Hrs Worked: | 0 | Average Hours: | 30.56 | |
| Pay Period End: | 01/21/2023 | Total Hours YTD: | 0 | | | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| | | | | | | | | |
| | | | | | | | | |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| | | | | | | |
| Total | | 0.00 | 0.00 | Total | 0.00 | 0.00 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| | | | Description | Amount | YTD |
| Marital Status | Single | | | | |
| Allowances | 0 | 0 | | | |
| Additional Withholding | 0 | | | | |

| Time Off Plans | | | | |
|---|---|---|---|---|
| Description | Accrued | Reduced | Available | |
| Sick | 0.00 | 0.00 | 0.00 | |
| Vacation | 0.00 | 0.00 | 7.00 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount | |
| | | | 053318076 | 0.00 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Victoria Sims | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | | Check Date: | 02/10/2023 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 01/22/2023 | Curr Tot Hrs Worked: | 0 | Average Hours: | 30.56 | |
| Pay Period End: | 02/04/2023 | Total Hours YTD: | 0 | | | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | | YTD | Description | Amount | YTD |
| | | | | | | | | | |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| | | | | | | |
| Total | | 0.00 | 0.00 | Total | 0.00 | 0.00 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single | | Description | Amount | YTD |
| Allowances | 0 | 0 | | | |
| Additional Withholding | 0 | | | | |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 7.00 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount | |
| | | | 053842900 | 0.00 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Victoria Sims | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | | Check Date: | 03/10/2023 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 02/19/2023 | Curr Tot Hrs Worked: | 0 | Average Hours: | 30.56 | |
| Pay Period End: | 03/04/2023 | Total Hours YTD: | 0 | | | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| | | | | | | | | |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| | | | | | | |
| Total | | 0.00 | 0.00 | Total | 0.00 | 0.00 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single | | Description | Amount | YTD |
| Allowances | 0 | 0 | | | |
| Additional Withholding | 0 | | | | |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 7.00 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount | |
| | | | 054741117 | 0.00 | USD |

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Victoria Sims | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | | Check Date: | 04/21/2023 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 04/02/2023 | Curr Tot Hrs Worked: | 0 | Average Hours: | 30.56 | |
| Pay Period End: | 04/15/2023 | Total Hours YTD: | 0 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | | Description | Amount | YTD |
| | | | | | | | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| | | | | | |
| Total | 0.00 | 0.00 | Total | 0.00 | 0.00 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Single | | Description | Amount | YTD |
| Allowances | 0 | 0 | | | |
| Additional Withholding | 0 | | | | |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 7.00 | 0.00 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount | |
| | | | 056282088 | 0.00 | USD |

# Request for Production of Records and Policy Enforcement – Victoria Sims v. Target Corporation

IN THE COUNTY COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY, FLORIDA

Case No.: _____
Division: Civil

## VICTORIA ALEXIS SIMS

Plaintiff,

v.

TARGET CORPORATION, STORE #2489, et al.,

Defendants.

## FORMAL REQUEST FOR RECORDS AND ENFORCEMENT CLARIFICATION

COMES NOW the Plaintiff, Victoria Alexis Sims, and respectfully submits this written request for production of records and internal documentation related to the harassment incident that occurred during her employment at Target Store #2489, as well as clarification of disciplinary action taken, if any, in accordance with Target Corporation's own Workplace Harassment Policy.

## REQUEST FOR THE FOLLOWING DOCUMENTS AND INFORMATION:

1. Any and all records of disciplinary action, employee write-ups, performance notes, or official HR documentation showing actions taken against Mark (Team Lead) related to the October 2022 harassment incident reported by Plaintiff.

2. A copy of Target Corporation's Workplace Harassment Policy that was in effect during 2022–2023, particularly the section that defines the consequence of physical harassment, including the company's stated policy of immediate termination for substantiated violations.

3. A written explanation of why Target did not terminate the Team Lead, Mark, despite the Plaintiff's formal complaint and visible emotional distress witnessed by multiple managers.

4. A list of all individuals involved in the alleged internal investigation, if any, and a summary of findings or conclusions drawn by HR or corporate offices.

**BASIS OF REQUEST:**

Plaintiff was informed verbally by Target HR that the Team Lead had been 'written up,' yet no confirmation or evidence of this was ever provided. Furthermore, Target's internal Harassment Policy outlines that any confirmed physical misconduct — such as the unwanted reaching into a female employee's front pocket — requires disciplinary termination. Failure to enforce this policy demonstrates unequal application of corporate standards and retaliation against Plaintiff.

This request is made in good faith to clarify the Defendant's actions and ensure the appropriate enforcement of policies that are meant to protect workers from harassment and wrongful termination.


Respectfully submitted,


_____
Victoria Alexis Sims
11238 Roland Street
Spring Hill, FL 34609
Phone: (813) 580-9056
Email: victoriaalexis1208@yahoo.com

Date: _____

**SUPPLEMENTAL CONTEXT REGARDING INVESTIGATION AND WITNESS BIAS**

Plaintiff was informed by ETL Karen Phillippy that only one witness was asked about the incident, despite multiple individuals being nearby at the time of the event. The witness chosen was known to be personally close to the Team Lead (Mark), frequently referred to by him as 'one of his favorites.' Their close working relationship was publicly visible and widely known among staff at Target Store #2489.

This selective questioning, without considering neutral witnesses or involving other managers present during the emotional aftermath, demonstrates biased internal handling of a serious harassment complaint. Plaintiff maintains that other witnesses were present and is prepared to name them upon formal request by the court or during discovery. To Plaintiff's knowledge, the selected witness and involved individuals remain employed by Target Corporation to this day.

# Statement Regarding Unemployment Benefits Denial and Son's Disability Status

- As a direct result of my wrongful termination from Target Corporation while I was 8 months pregnant and on protected leave, I was never able to access unemployment benefits.

- This denial of unemployment occurred despite my ongoing medical condition (Hyperemesis Gravidarum) and my compliance with all requirements during the period in question.

- During this same period, in March 2023, my older son was officially declared disabled/medically needy, adding further financial and emotional strain to my situation.

- Documentation can be provided to substantiate both the denial of unemployment benefits and my son's medical status, including official state and medical records.

- The combination of being denied unemployment benefits, my wrongful termination, and my son's disability status during this period significantly increased my financial hardship, emotional distress, and overall damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: _____
Victoria Alexis Sims

Date: _____

8/9/25, 4:06 PM
Case 8:25-cv-02451-WFJ-TGW    Document 1-1    Filed 09/11/25    Page 79 of 93 PageID 84
277,686 unread - victoriaalexis1208@yahoo.com - Yahoo Mail

 Target Corporation

08/08/2025

| Team Member Verification Report |
|---|

*Team Member Name:* Victoria Sims
*Employee ID:* █████████
*Social Security:* █████████

| Employment Information | The following information is not provided by Target Corporation and should be noted as not applicable: |
|---|---|
| *Job Title:* Style Consultant | - Likelihood of overtime or other compensation |
| *Address:* 11238 Roland St<br>Spring Hill, Florida 34609-2647<br>United States of America | - Projected amount of next pay increase<br>- Probability of continued employment<br>- Reason for Leaving |
| *Telephone:* +1 (813) 5809056    *Birth Date:* ███████ | Target Federal ID : █████████ |
| *Hire Date:* Oct 18, 2021    *Term Date:* Apr 3, 2023 | Target HR Operations Center<br>P.O. Box 1421, NCF 0422<br>Minneapolis, MN 55440-1421<br>Phone: 1-800-394-1885 |
| *Weekly Avg Hours:* 0    *Gross Base Pay:* 15.05 Hourly | |

# Return from LOA

**Karen.Phillippy (T2489)**                    3/7/23  ☆

To: Me & 2 more ⌄

From:

Karen.Phillippy (T2489)

To:

CC:

Karen.Phillippy (T2489)

Date:

Mar 7, 2023 at 7:34 AM

# Return from LOA

 **Karen.Phillippy (T2489)**            3/7/23   ☆

To Me & 2 more ⌄

Hi Victoria.

I have been trying to contact you for past few months. Your
Leave of Absence shows unapproved and I need to know if
you plan on returning to work. Please contact me ASAP so
that I can avoid automatic termination if this is not what you
want.

I hope you are doing well and I hope to hear from you soon.

Thanks,

Karen Phillippy - Executive Team Leader - Human Resources
Target Store - 2489 | Phone:



08/11/2025

Victoria Alexis Sims
11238 Ro and St
Spring Hill, FL 34609-2647

Leave ID:

Re: Decision Notice

Dear Victoria Alexis Sims:

This letter confirms that Target Leave and Disability Team has made a decision regarding your leave request from 10/26/2022 through 11/15/2022 for the following reason: Employee Health Condition

As part of the decision process, we have considered all relevant information, including any submitted documentation, applicable federal and state leave laws, and Target's policies.

**Access Your Leave at Any Time**
You can access important information regarding your leave request at any time through Target Pay & Benefits Portal at                          or through our interactive voice response system (IVR) by calling

### Denial/Ineligibility Details
We regret to inform you that all or part of your leave request has been denied, deemed ineligible or exhausted. Please refer to Decisions Details at the end of this letter for specific plan details.

Please contact your HR team as soon as possible if you have questions regarding your employment status and benefits, or if you are unable to return to work for any reason. If you need an accommodation to assist with returning to work, type "create case" in Workday to open a request with the Workplace Accommodations Team.

The Target Leave and Disability Team has reviewed your request for



your leave ID.

Sincerely,
Target Leave and Disability Team

Enclosures:

- Insurance & Benefits While on Leave
- TGT Appeal Rights
- TGT Request for Appeal Form

## Decision Details

### Plan Status Summary

The following table provides decision details for all plans associated with your request. Please note that certain plans may be listed more than once, if more than one status applies to that plan.

| Plans | Status | From | Through | Leave Type | Reason |
|---|---|---|---|---|---|
| Family Medical Leave Act | Denied | 10/26/2022 | 11/15/2022 | Continuous Leave | Medical information incomplete |
| Target Expanded Leave Plan | Denied | 10/26/2022 | 11/15/2022 | Continuous Leave | Medical information incomplete |
| Target Non-Exempt STD | Denied | 10/26/2022 | 11/15/2022 | Continuous Leave | Medical information not received |

AttachedForms.pdf

Provision
DEFINITION OF DISABILITY

You are considered totally disabled under the STD pay practice if –
as a result of sickness, injury or pregnancy – you are unable to
perform the material and substantial duties of your job. You could
still be considered partially disabled under the STD Pay Practice if -
as a result of sickness, injury or pregnancy - you are able to return
to work with accommodations.

You must be under the regular and appropriate care of a qualified
medical provider and you must be compliant with treatment to be
considered disabled.

Provision Rationale
-- None specified --

Provision
No Medical Documentation

You have not provided any medical documentation to support your
absence.

Provision Rationale
-- None specified --

**Checklist: What You Need to Do**

If you have any questions, please contact Target Leave and
Disability Team at                        Representatives are available to
assist you Monday through Friday  7 a.m. to 7 p.m. Central Time, or
you can access LeavePro Self Service on
by clicking on the "Manage Leave of Absence" link in the gray
Resources box. **Note**: When calling please have the last 4 digits of
your leave ID.

Sincerely,
Target Leave and Disability Team

Enclosures.

# Evidence of False Employment Separation Classification

This document presents evidence that Target Corporation and its Human Resources department misclassified my employment separation as a voluntary quit, despite documentation and direct communication indicating that I was involuntarily terminated. This misclassification has directly resulted in my ineligibility for unemployment benefits and caused significant financial harm.

Evidence #1: HR Email from Karen Phillippy - March 7, 2023
Karen Phillippy, Executive Team Leader - Human Resources, sent an email stating:

"I have been trying to contact you for past few months. Your Leave of Absence shows unapproved and I need to know if you plan on returning to work. Please contact me ASAP so that I can avoid automatic termination if this is not what you want."

This email explicitly references 'automatic termination' and does not indicate any voluntary resignation on my part.

Evidence #2: Florida DEO Unemployment Determination
The Florida Department of Economic Opportunity (DEO) claim determination lists the separation reason as 'Quit,' and determination status as 'Indefinitely In-eligible.' This classification is false and contradicts the employer's own HR correspondence.

This false classification prevented me from receiving $2,712 in unemployment benefits I was entitled to, causing further financial and emotional harm.

Additional Statement on Payroll and Scheduling:
If I had abandoned my job, Target would have removed me from payroll immediately. Instead, I remained on payroll and continued to receive $0 pay stubs until my official termination date of April 3, 2023. This clearly indicates I was still considered an active employee until that date.

Furthermore, job abandonment typically requires three consecutive days of no-call/no-show. I was never informed of any scheduled shifts during this period, and therefore could not have failed to report for work. Being placed on leave without my consent, without access to manage or track that leave, and without being told that specific paperwork was required, makes it impossible for me to have met the criteria for job abandonment.

Relevant Florida Statutes and Violations:
- Florida Statute § 443.101: Disqualification for benefits applies only when a claimant voluntarily leaves work without good cause. Misclassifying an involuntary termination as a quit constitutes false reporting.
- Florida Statute § 443.171(5): It is unlawful for an employer to knowingly make false statements to prevent a claimant from receiving benefits.
- Retaliation: Under F.S. § 448.102, retaliating against an employee for asserting legal rights or engaging in protected activity (such as taking protected leave) is prohibited.

## Evidence of False Employment Separation Classification

Conclusion:

The provided evidence demonstrates that my separation was involuntary and that Target Corporation's classification of my departure as a voluntary quit was false. This misrepresentation directly impacted my right to unemployment benefits and is a violation of Florida law.

6:51 🔕                                 ▪▫ 5G⁵⁹ 🔋61

Reemployment
Assistance
Benefits

Your Account
Profile

Determine and
Index

Support and
Services

FAQs

Work
Registration
Information

Benefit Rights
Information
Handbook

Way2Go Debit
Card
Information

The Monetary Determination sections display the weekly and maximum benefit amounts you are potentially eligible to receive.

The Determinations●, Decisions● and Pending Issues● sections have information about problems or questions that could delay or stop your benefit money. You can click on any of those sections to see more information.

Select the Issue ID to view either determination, decision, or pending issue details.

For any appealable determination or decision you will be able to file an appeal after clicking on the Issue ID and viewing the determination or decision.

For pending issues you will have the ability to complete any incomplete fact finding.

**Check the box to arrange and sort the information the way you want to see it:**

○**Appeals View** (This view shows only determinations and decisions. They are sorted by adverse and non-adverse determinations and decisions.)

◉**Claims View** (This view shows all determinations, pending issues, and decisions. They are sorted by claim.)

**Claim Information**

**Monetary Determinations**

Select the Monetary Determination Status to view the monetary determination details

| Claim Id | Claim Effective Date● | Monetary Determination Status | Weekly Benefit Amount (WBA) | Maximum Benefit Amount (MBA) | Qualified for Maximum State Benefits? | Deadline to Appeal | Level | Date Appealed |
|---|---|---|---|---|---|---|---|---|
| 2023-01 | 04/16/2023 | Active | $226 | $2,712 | No | 05/15/2023 | Wage Determination | |

**Monetary Pending Issues**

No Records

**Monetary Issue Determinations and Decisions**

No Records Found

**Eligibility Issues**

Click on a link in the "Issue ID" column to see more information about that issue.

**Eligibility Pending Issues**

No Records Found

**Current Eligibility Determinations and Decisions**

Rows 11-12 of 12                     ◄1 2 ►                     Page 2 of 2

| Claim Id | Claim Effective Date | Issue ID | Appealable | Deadline to Appeal | Issue Type | Employer Number | Employer Name | Date Distributed | Level | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| | 04/16/2023 | 10501565 | Yes | 07/31/2023 | Availability | | | 07/11/2023 | Adjudication | Distributed |
| | 04/16/2023 | 10501580 | Yes | 07/31/2023 | Actively Seeking | | | 07/11/2023 | Adjudication | Distributed |

Rows 11-12 of 12                     ◄1 2 ►                     Page 2 of 2

Previous

Translation Services   Services de traduction   Servicios de traducción   Servizi di traduzione   Übersetzungsdienst   Транслатион Сервицес   Prevoditeljske usluge   Sèvis tradiksyon   翻譯服務   翻译服务   翻訳サービス   Dịch vụ dịch thuật   خدمات الترجمة   Служба перевода

Download Acrobat Reader | Accessibility | Privacy Statement | Warning Notice | Viewing Tips | P 1.0.346.17 | S 1.0.346.17

connect.myflorida.com

**Payment Information**

| | | | |
|---|---|---|---|
| Overpayment Balance: | $0 | Child Support Deduction Percentage: | 0% |
| Payment Method: | Direct deposit | Federal Tax Withholding: | Yes |

Click here to update payment method or federal tax withholding

**Benefit Availability During Effective Begin and End Dates**

| Benefit Year Begin Date | Program Category | Effective Begin Date | Effective End Date | WBA | Balance* |
|---|---|---|---|---|---|
| 04/16/2023 | Regular UC | 04/16/2023 | 04/15/2024 | $226 | $2,712 |

click here to view your Claim-Monetary History

\* Balance is only available for benefit weeks that occur between the Effective Begin Date and Effective End Date, when benefits were requested timely for those weeks.

**Search Weekly Benefit Details**

Benefit Year Begin Date:

Current Weekly Benefit Status:

Program Category:

Week Ending From: [ ] / [ ] / [ ] MM/DD/YYYY   To: [ ] / [ ] / [ ] MM/DD/YYYY

[ Search ]   [ Reset ]

**Weekly Benefit Details**

| Select | Benefit Week Ending Date | Benefit Year Begin Date | Program Category | Date Claimed | Gross Amount Payable for this Week⊕ | Net Amount Paid for this week⊕ | Current Weekly Benefit Status⊕ | Payment Method |
|---|---|---|---|---|---|---|---|---|
| ○ | 05/27/2023 | 04/16/2023 | Regular UC | 06/06/2023 | $0 | $0 | Disqualified | |
| ○ | 05/20/2023 | 04/16/2023 | Regular UC | 06/06/2023 | $0 | $0 | Disqualified | |
| ○ | 05/13/2023 | 04/16/2023 | Regular UC | 05/15/2023 | $0 | $0 | Disqualified | |
| ○ | 05/06/2023 | 04/16/2023 | Regular UC | 05/15/2023 | $0 | $0 | Disqualified | |
| ○ | 04/29/2023 | 04/16/2023 | Regular UC | 05/01/2023 | $0 | $0 | Disqualified | |
| ○ | 04/22/2023 | 04/16/2023 | Regular UC | 05/01/2023 | $0 | $0 | Disqualified | |

[ Previous ]   [ View Certification ]

- This section represents the current Weekly Benefit⊕ status of your request weeks.
- Select the Benefit Week and click "View Certification" to view the Request for Benefit Payment correspondence PDF for the request week.
- The information in this section should not be confused with warrants issued, direct deposits, debit card or Way2Go Debit Card



# RECÕNNECT



**Information About You (Claimant)**

Your Name: **Sims, Victoria Sims A.**    Claimant ID: ▮    Claim ID: ▮

Claim Effective Date: **04/16/2023**    Benefit Year End Date: **04/15/2024**    Claim Status: **Expired**

**Eligibility Determination**

## To view detailed determination, select View Determination

Employer Name: **TARGET CORPORATION**    Determination: **Indefinitely In-eligible**

Issue Identification Number: ▮    Benefit Year Begin Date: **04/16/2023**

Issue Type: **Quit**    Benefit Year End Date: **04/15/2024**

Issued Date: **07/17/2023**

To see more information about your eligibility determination, click on the "View Determination" link. After you read your determination, you will see more options.

**Determination**

If you disagree with this determination, and you want to file an appeal:

- You need to look at your determination. Click here to view your determination, and
- You need to file your appeal before 08/07/2023.

**Available Appeals Actions**

Choose one:    Select One ◇

[Previous]    [Next]

vices   Services de traduction   Servicios de traducción   Servizi di traduzione
ienst   Транслатион Сервицес   Prevoditeljske usluge   Sèvis tradiksyon   翻譯服務   翻译服
ビス   Dịch vụ dịch thuật   خدمات ترجمة   خدمات الترجمة   Службы перевода

robat Reader | Accessibility | Privacy Statement | Warning Notice | Viewing
16.17 | S 1.0.346.17



RECONNECT

Monday, August 11 2025

**Information About You (Claimant)**

| | | |
|---|---|---|
| Your Name: Sims, Victoria Sims A. | Claimant ID: | Claim ID: |
| Claim Effective Date: 04/16/2023 | Benefit Year End Date: 04/15/2024 | Claim Status: Expired |

**Your Benefit Information**

| | | | |
|---|---|---|---|
| Weekly Benefit Amount: | $226 | Balance: | $2,712 | Benefit Money (Monetary) Status: | Eligible |
| Maximum Benefit Amount: | $2,712 | Earnings Disregard: | $58.00 | Claim File Date: | 04/24/2023 |

**Your Payment Information**

The last week you requested benefits:5/21/2023 - 5/27/2023    Waiting Week:    Current Program Type:Regular UC
The last week we paid you benefits:    Your language for services:English

**Important Items -- Take Action Immediately**

Click on the links to see each item.

**Messages for You**

These messages tell you about events, changes in your status and actions that you need to take.

- You are disqualified from receiving benefits for the following issue(s):
    - _____ - Quit - Job Abandonment - Target Corporation
    Please review each issue for more information regarding your disqualification(s).
- You may apply for a Reemployment Assistance benefits claim. Select "Apply for Reemployment Assistance Benefits" to complete a new application.

**Your Personal Home Page - Use the links to find information or take action**

Your Claimant Home Page
This is your claimant home page.

Your Inbox
See fact finding requirements, messages, determinations and decisions.

Apply for Reemployment Assistance Benefits
Complete and submit an application for Reemployment Assistance benefits.

Your Account Profile
See and/or update your personal information, such as tax withholding, payments you received, your payment method or other claim information.

Decisions and Issues
See wage determinations, information about issues, and eligibility and appeal decisions.

Support and Services
Find information about how to get help from other groups, including Florida state agencies.

FAQs
See answers to frequently asked questions about reemployment assistance.

Work Registration Information
See your registration status and information about how to register. See links to the Employ Florida and your local CareerSource Florida Center.

Benefit Rights Information Handbook
Read the handbook to understand your rights and responsibilities when you apply for Florida reemployment assistance.

Way2Go Debit Card Information
Get information about the Florida Reemployment Assistance Way2Go Debit Card, fees and mobile banking.

**Florida Reemployment Assistance Way2Go Debit Card Information**

If you chose to get payments on a Florida Reemployment Assistance Way2Go Debit Card, and you have not received a card before or you have a card that has expired, we will mail you a new card with your first payment.
If you received a card in the past 3 years, it is still valid. We will put your payments on that card.
If you need help with your Personal Identification Number (PIN) or your card has been lost or stolen, you must contact Conduent, which is your debit card provider, immediately. Call 1-833-888-2780 or go online to https://www.goprogram.com/goodsverchicion/4/.



connect.myflorida.com

RECONNECT



**Information About You (Claimant)**

Your Name: Sims, Victoria Sims A.    Claimant ID:    Claim ID:
Claim Effective Date: 04/16/2023    Benefit Year End Date: 04/15/2024    Claim Status: Expired

**Your Benefit Information**

Weekly Benefit Amount:    $226    Balance:    $2,712    Benefit Money (Monetary) Status:    Eligible
Maximum Benefit Amount:    $2,712    Earnings Disregard ⊕    $58.00    Claim File Date:    04/24/2023

**Your Payment Information**

The last week you requested benefits:5/21/2023 - 5/27/2023    Waiting Week:    Current Program Type:Regular UC
The last week we paid you benefits:    Your language for services:English

**Important Items - Take Action Immediately**

Click on the links to see each item.

**Messages for You**

These messages tell you about events, changes in your status and actions that you need to take.

- You are disqualified from receiving benefits for the following issue(s):
  - ███ - Quit - Job Abandonment - Target Corporation
    Please review each issue for more information regarding your
    disqualification(s).
- You may apply for a Reemployment Assistance benefits claim. Select "Apply for
  Reemployment Assistance Benefits" to complete a new application.

**Your Personal Home Page - Use the links to find information or take action**

**Your Claimant Home Page**
This is your claimant home page.

**Your Inbox**
See fact finding requirements, messages, determinations and decisions.

**Apply for Reemployment Assistance Benefits**
Complete and submit an application for Reemployment Assistance benefits.

**Your Account Profile**
See and/or update your personal information, such as tax withholding, payments you received, your payment method or other claim information.

**Decisions and Issues**
See wage determinations, information about issues, and eligibility and appeal decisions.

**Support and Services**
Find information about how to get help from other groups, including Florida state agencies.

**FAQs**
See answers to frequently asked questions about reemployment assistance.

**Work Registration Information**
See your registration status and information about how to register. See links to the Employ Florida and your local CareerSource Florida Center.

**Benefit Rights Information Handbook**
Read the handbook to understand your rights and responsibilities when you apply for Florida reemployment assistance.

**Way2Go Debit Card Information**
Get information about the Florida Reemployment Assistance Way2Go Debit Card, fees and mobile banking.

**Florida Reemployment Assistance Way2Go Debit Card Information**

If you chose to get payments on a Florida Reemployment Assistance Way2Go Debit Card, and you have not received a card before or you have a card that has expired, we will mail you a new card with your first payment.
If you received a card in the past 3 years, it is still valid. We will put your payments on that card.
If you need help with your Personal Identification Number (PIN) or your card has been lost or stolen, you must contact Conduent, which is your debit card provider, immediately. Call 1-833-888-2789 or go online to https://www.goprogram.com/goa/consumer/#/ .



connect.myflorida.com

Claim Information

Monetary Determinations

## Select the Monetary Determination Status to view the monetary determination details

| Claim Id | Claim Effective Date✦ | Monetary Determination Status | Weekly Benefit Amount (WBA) | Maximum Benefit Amount (MBA) | Qualified for Maximum State Benefits? | Deadline to Appeal | Level | Date Appealed |
|---|---|---|---|---|---|---|---|---|
| 2023-01 | 04/16/2023 | Active | $226 | $2,712 | No | 05/15/2023 | Wage Determination | |

Monetary Pending Issues

No Records

Monetary Issue Determinations and Decisions

No Records Found

Eligibility Issues

Click on a link in the "Issue ID" column to see more information about that issue.

Eligibility Pending Issues

No Records Found

Current Eligibility Determinations and Decisions

Rows 1-10 of 12                                    ‹ 1 2 ›                                    Page 1 of 2

| Claim Id | Claim Effective Date | Issue ID | Appealable | Deadline to Appeal | Issue Type | Employer Number | Employer Name | Date Distributed | Level | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 202301 | 04/16/2023 | | Yes | 07/31/2023 | Availability | | | 07/11/2023 | Adjudication | Distributed |
| 202301 | 04/16/2023 | | Yes | 08/07/2023 | Quit | | TARGET CORPORATION | 07/17/2023 | Adjudication | Distributed |
| 202301 | 04/16/2023 | | Yes | 07/31/2023 | Actively Seeking | | | 07/11/2023 | Adjudication | Distributed |
| 202301 | 04/16/2023 | | Yes | 07/31/2023 | Availability | | | 07/11/2023 | Adjudication | Distributed |
| 202301 | 04/16/2023 | | Yes | 07/31/2023 | Actively Seeking | | | 07/11/2023 | Adjudication | Distributed |
| 202301 | 04/16/2023 | | Yes | 07/31/2023 | Actively Seeking | | | 07/11/2023 | Adjudication | Distributed |
| 202301 | 04/16/2023 | | Yes | 07/31/2023 | Availability | | | 07/11/2023 | Adjudication | Distributed |
| 202301 | 04/16/2023 | | Yes | 07/31/2023 | Actively Seeking | | | 07/11/2023 | Adjudication | Distributed |
| 202301 | 04/16/2023 | | Yes | 07/31/2023 | Availability | | | 07/11/2023 | Adjudication | Distributed |
| 202301 | 04/16/2023 | | Yes | 07/31/2023 | Actively Seeking | | | 07/11/2023 | Adjudication | Distributed |

Rows 1-10 of 12                                    ‹ 1 2 ›                                    Page 1 of 2

Previous

Translation Services  Services de traduction  Servicios de traducción  Servizi di traduzione  Übersetzungsdienst
Транслатион Сервицес  Prevoditeljske usluge  Sèvis tradiksyon  翻譯服務  翻译服务  翻訳サービス  Dịch vụ dịch thuật  خدمات الترجمة  خدمات ترجمه  Службы перевода

Download Acrobat Reader | Accessibility | Privacy Statement | Warning Notice | Viewing Tips P 1.0.346.17 | S 1.0.346.17

connect.myflorida.com

REC**ONN**ECT

Monday August 11 2025
Print Preview
English Español Kreyòl



**Information About You (Claimant)**
Your Name: Sims, Victoria Sims A.   Claimant ID:   Claim ID:
Claim Effective Date: 04/16/2023   Benefit Year End Date: 04/15/2024   Claim Status: Expired

**Select a weekly benefit for which to view transactions or the certification.**

**Payment Information**
Overpayment Balance: $0   Child Support Deduction Percentage: 0%
Payment Method: Direct deposit   Federal Tax Withholding: Yes
Click here to update payment method or federal tax withholding

**Benefit Availability During Effective Begin and End Dates**

| Benefit Year Begin Date | Program Category | Effective Begin Date | Effective End Date | WBA | Balance* |
|---|---|---|---|---|---|
| 04/16/2023 | Regular UC | 04/16/2023 | 04/15/2024 | $226 | $2,712 |

click here to view your Claim Monetary History
* Balance is only available for benefit weeks that occur between the Effective Begin Date and Effective End Date, when benefits were requested timely for those weeks.

**Search Weekly Benefit Details**
Benefit Year Begin Date:   Current Weekly Benefit Status:
Program Category:
Week Ending From: [  ]/[  ]/[    ] MM/DD/YYYY   To: [  ]/[  ]/[    ] MM/DD/YYYY

[Search] [Reset]

**Weekly Benefit Details**

| Select | Benefit Week Ending Date | Benefit Year Begin Date | Program Category | Date Claimed | Gross Amount Payable for this Week* | Net Amount Paid for this week* | Current Weekly Benefit Status* | Payment Method |
|---|---|---|---|---|---|---|---|---|
| ○ | 05/27/2023 | 04/16/2023 | Regular UC | 06/08/2023 | $0 | $0 | Disqualified | |
| ○ | 05/20/2023 | 04/16/2023 | Regular UC | 06/08/2023 | $0 | $0 | Disqualified | |
| ○ | 05/13/2023 | 04/16/2023 | Regular UC | 05/15/2023 | $0 | $0 | Disqualified | |
| ○ | 05/06/2023 | 04/16/2023 | Regular UC | 05/15/2023 | $0 | $0 | Disqualified | |
| ○ | 04/29/2023 | 04/16/2023 | Regular UC | 05/01/2023 | $0 | $0 | Disqualified | |
| ○ | 04/22/2023 | 04/16/2023 | Regular UC | 05/01/2023 | $0 | $0 | Disqualified | |

[Previous] [View Certification]

- This section represents the current Weekly Benefit* status of your request weeks.
- Select the Benefit Week and click "View Certification" to view the Request for Benefit Payment correspondence PDF for the request week.
- The information in this section should not be confused with warrants issued, direct deposits, debit card or Way2Go Debit Card account deposits. For more information on those transactions, see the Payment History screen.


connect.myflorida.com